CO-386-online
10/03

# United States District Court
# For the District of Columbia

BLUE MAN PRODUCTIONS, INC., )
)
)
)
      vs    Plaintiff )    Civil Action No._____
)
ERICH TARMANN, )
)
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff_____ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____(signature)_____
Signature

__418872_____
BAR IDENTIFICATION NO.

__Jonathan Hudis_____
Print Name

__Oblon, Spivak ET AL. 1940 Duke Street__
Address

__Alexandria, VA 22314__
City    State    Zip Code

__703-413-3000__
Phone Number