UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLUE MAN PRODUCTIONS, INC., )
)
        Plaintiff, )
) Case No. 1:05-cv-02037-JDB
v. ) Judge John D. Bates
)
ERICH TARMANN, )
)
        Defendant. )
_____)

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**
**(LETTERS ROGATORY)**

    The United States District Court for the District of Columbia presents its compliments to the appropriate Judicial Authority of Austria, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter. A trial on this matter is not yet scheduled, but any trial or hearing on this matter will be held in Washington, the District of Columbia, United States.

    This Court requests the assistance described herein as necessary in the interests of justice. The specific judicial assistance requested is that the appropriate Judicial Authority of Austria effect service of process upon the below named individual:

**Name of person to be served**:

    Erich Tarmann

**Nationality of person to be served**:

    Austrian

**Address of person to be served**:

    Wallmodengasse 11, Vienna 1190, Austria

**Description of documents to be served**:

Exhibit A:   Translation of this Request for International Judicial Assistance (Letters Rogatory) by a certified Austrian translator;

Exhibit B:   A United States Complaint initiating a lawsuit in the United States against Mr. Tarmann. A further description of the lawsuit is set forth below.

Exhibit C:   Translation of the United States Complaint by a certified Austrian translator;

Exhibit D:   A Summons which is an order of a United States Court directing the recipient, in this case, Mr. Tarmann, to respond to the Complaint within 20 days of service of the Complaint; and

Exhibit E:   Translation of the Summons by a certified Austrian translator.

**Description of U.S. Lawsuit**:

Caption:   *Blue Man Productions, Inc. v. Erich Tarmann*, Case No. 1:05cv2037 (United States District Court for the District of Columbia)

Plaintiff:   Blue Man Productions, Inc.
434 Lafayette Street
New York, New York 10003

Defendant:   Erich Tarmann
Wallmodengasse 11
Vienna 1190
Austria

Facts:   Plaintiff Blue Man Productions, Inc., has used the mark BLUE MAN GROUP in connection with a wide variety of goods for several years prior to March 6, 2000. Plaintiff is the owner of several United States federally registered trademarks, including:

| Mark | Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| BLUE MAN GROUP | 2,450,660 | 5/15/01 | Entertainment services in the nature of live musical and theatrical performances in International Class 41 |
| BLUE MAN GROUP | 2,438,222 | 3/27/01 | Gift items, namely, decorative magnets in International Class 9; paper goods, namely, postcards and posters in International Class 16; apparel, namely, hats, t-shirts, sweatshirts in International Class 25 |

| BLUE MAN GROUP | 2,617,550 | 9/10/02 | Musical sound recordings in International Class 9 |
| --- | --- | --- | --- |
| BLUE MAN GROUP | 2,677,610 | 1/21/03 | Mugs in International Class 21 |
| BLUE MAN GROUP | 2,680,625 | 1/28/03 | Watches; ornamental pins in International Class 14 |
| BLUE MAN GROUP | 2,677,611 | 1/21/03 | Clothing, namely, jackets and caps in International Class 25 |
| BLUE MAN GROUP | 2,741,259 | 7/29/03 | Prerecorded video cassettes and discs featuring musical and theatrical performances in International Class 9 |

Plaintiff also has several other pending United States applications for that mark for other goods. Plaintiff filed this lawsuit against Defendant Erich Tarmann. Plaintiff is requesting that the Court reverse an August 18, 2005 decision of the Trademark Trial and Appeal Board of the United States Patent and Trademark Office in Opposition No. 91/154,055 to the extent it (1) found Plaintiff's mark BLUE MAN GROUP is not a famous mark; (2) dismissed the opposition on the ground of likelihood of confusion; and (3) dismissed the opposition on the ground of dilution. The subject matter of the opposition was Mr. Tarmann's U.S. Application Serial No. 76/295,724 to register on the Principal Register the word mark BLUEMAN for "tobacco, smokers' articles, namely cigarettes" in International Class 34. Mr. Tarmann's application claims that he first used the mark BLUEMAN on March 6, 2000, long after Plaintiffs' first use of the mark.

Governing Law:

This case is governed by United States law regarding the federal registration of trademarks. Specifically, the applicable law includes the Lanham Act, 15 U.S.C. § 1051, *et seq.*; 5 U.S.C. § 706(2)(E); and 15 U.S.C. § 1071(b). This Court has subject matter jurisdiction over this matter pursuant to 15 U.S.C. § 1071(b). Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (d), and pursuant to 15 U.S.C. § 1071(b)(4).

**Rights and Obligations of Defendant Erich Tarmann**:

Upon service of the Summons and Complaint, Mr. Tarmann will be obligated to respond to the Complaint within 20 days of service. Mr. Tarmann may respond with an answer or, if he has an appropriate reason, a motion to dismiss the Complaint. Failure to timely respond to the Complaint may result in a default judgment against Mr. Tarmann.

**Special Methods or Procedures To Be Followed**:

    This Court requests that the appropriate Judicial Authority of Austria serve the Summons and Complaint via in-hand delivery to Mr. Tarmann in a manner consistent with the internal laws of Austria. Service of the Summons and Complaint in Austria by this method is authorized by the laws of the United States pursuant to Federal Rules of Civil Procedure 4(f)(2)(A)-(B).

**Reciprocity**

    This Court will provide similar assistance with service of process in the United States to the appropriate Judicial Authority of Austria upon request. 28 U.S.C. § 1696.

**Reimbursement for costs**

    This Court will reimburse the appropriate Judicial Authority of Austria for costs incurred in executing the Letters Rogatory.


Date: _____

(Seal of Court)

_____
The Honorable John D. Bates
District Court Judge for the
United States District Court
For The District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W., # 4329
Washington, DC  20001