AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BLUE MAN PRODUCTIONS, INC.,

        Plaintiff,

        V.

ERICH TARMANN,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBI

CASE NUMBER 1:05CV02037
JUDGE: John D. Bates
DECK TYPE: General Civil
DATE STAMP: 10/17/2005

TO: (Name and address of Defendant)

    Erich Tarmann
    Wallmodengasse 11
    Vienna 1190
    Austria

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jonathan Hudis
    Kathleen Cooney-Porter
    Oblon, Spivak, McClelland,
      Maier & Neustadt, P.C.
    1940 Duke Street
    Alexandria, VA 22314 U.S.A.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_(signature)_
(By) DEPUTY CLERK

OCT 17 2005
DATE