**Beglaubigte Übersetzung vom Englischen ins Deutsche**

[A2]AO 440 (Rev.DC – September 2003) Ladung in einer Zivilklage

# BUNDESBEZIRKSGERICHT
## District of Columbia

BLUE MAN PRODUCTIONS, INC.,

    Kläger

    GEGEN

**LADUNG IN ENER ZIVILSACHE**

ERICH TARMANN,

    Beklagter
    RECHTSSACHE NR.

RECHTSSACHE NR. 1:05CV02037
RICHTER: John D. Bates
ART DES VERFAHRENS: allg. zivilr.
DATUMSSTEMPEL: 17. 10. 2005

AN: (Name und Anschrift des Beklagten)

    Erich Tarmann
    Wallmodengasse 11
    1190 Wien
    Österreich

**SIE ERHALTEN HIERMIT EINE LADUNG** und sind verpflichtet, dem RECHTSANWALT DES KLÄGERS (Name und Anschrift)

    Jonathan Hudis
    Kathleeen Cooney-Porter
    Oblon, Spivak, McClelland,
     Maier & Neustadt, P.C.
    1940 Duke Street
    Alexandria, VA 22314 U.S.A.

die Beantwortung der Ihnen mit dieser Ladung zugestellten Klageschrift innerhalb von __20__ Tagen nach Zustellung dieser Ladung, den Zustellungstag nicht mitgerechnet, zu übermitteln. Wenn Sie dieser Ladung nicht nachkommen, wird über den in der Klageschrift geforderten Rechtsschutz ein Versäumnisurteil gefällt. Jede an die Prozessparteien zugestellte Klagebeantwortung muss innerhalb einer angemessenen Frist nach Zustellung beim Leiter der Gerichtskanzlei des hiesigen Gerichts eingereicht werden.

Stempel: NANCY M. MAYER-WHITTINGTON    Stempel: 17. OKTOBER 2005
    Leiter der Gerichtskanzlei                  Datum

Unterschrift ...... *unleserlich* Higgins
    Stellvertretender Leiter der Gerichtskanzlei

Die genaue Übereinstimmung der vorstehenden Übersetzung mit der Urschrift bestätige ich unter Berufung auf meine als allgemein beeideter gerichtlicher Dolmetscher für die englische Sprache abgelegten Amtseid

St. Georgen, am 10. Januar 2006

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BLUE MAN PRODUCTIONS, INC.,

Plaintiff,

V.

ERICH TARMANN,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBI

CASE NUMBER 1:05CV02037

JUDGE: John D. Bates

DECK TYPE: General Civil

DATE STAMP: 10/17/2005

TO: (Name and address of Defendant)

Erich Tarmann
Wallmodengasse 11
Vienna 1190
Austria

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan Hudis
Kathleen Cooney-Porter
Oblon, Spivak, McClelland,
Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314 U.S.A.

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         OCT 17 2005
CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK