UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLUE MAN PRODUCTIONS, INC.,

Plaintiff,

v.

ERICH TARMANN,

Defendant.

Civil Action No. 05-2037 (JDB)

## ORDER FOR ISSUANCE OF LETTERS ROGATORY

**UPON** the annexed Motion for Letters Rogatory, dated January 18, 2006, and the summons and complaint filed in this action, and it appearing that plaintiff requires the issuance of Letters Rogatory addressed to any judge or tribunal having jurisdiction of civil or commercial actions in Vienna, Austria, for service of process upon defendant Erich Tarmann within Austria

**NOW**, upon application of Jonathan Hudis, Esq., attorney for plaintiff, it is

**ORDERED** that Letters Rogatory issue in this action addressed to any judge or tribunal having jurisdiction of civil or commercial actions at Vienna, Austria requesting that it serve the summons and complaint on the defendant Erich Tarmann, located at Wallmodengasse 11, Vienna 1190, Austria by the usual and proper process of that court pursuant to the laws of Austria; it is further

**ORDERED** that Letters Rogatory, with the summons and complaint attached, command Erich Tarmann to appear and answer the summons and complaint in person, and to appear in person or by counsel to answer the summons and complaint, in the manner prescribed by the

rules of this Court; and it is further

**ORDERED** that the Letters Rogatory contain an expression of the readiness and willingness of this Court to respond to Letters Rogatory issued by the courts of Austria in a similar case when required.

> JOHN D. BATES
> United States District Judge

Dated: January 20, 2006

Copies to:

Jonathan Hudis
OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314-3451
(703) 412-3000
Fax: (703) 413-2220
Email: jhudis@oblon.com