# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BLUE MAN PRODUCTIONS, INC.,

|  |  |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| | ) | **Case No. 1:05-cv-02037-JDB** |
| v. | ) | **Judge John D. Bates** |
| | ) | |
| ERICH TARMANN, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
### (LETTERS ROGATORY)

The United States District Court for the District of Columbia presents its compliments to the appropriate Judicial Authority of Austria, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter. A trial on this matter is not yet scheduled, but any trial or hearing on this matter will be held in Washington, the District of Columbia, United States.

This Court requests the assistance described herein as necessary in the interests of justice. The specific judicial assistance requested is that the appropriate Judicial Authority of Austria effect service of process upon the below named individual:

**Name of person to be served**:

Erich Tarmann

**Nationality of person to be served**:

Austrian

**Address of person to be served**:

Wallmodengasse 11, Vienna 1190, Austria

## Description of documents to be served:

Exhibit A:    Translation of this Request for International Judicial Assistance (Letters Rogatory) by a certified Austrian translator;

Exhibit B:    A United States Complaint initiating a lawsuit in the United States against Mr. Tarmann. A further description of the lawsuit is set forth below.

Exhibit C:    Translation of the United States Complaint by a certified Austrian translator;

Exhibit D:    A Summons which is an order of a United States Court directing the recipient, in this case, Mr. Tarmann, to respond to the Complaint within 20 days of service of the Complaint; and

Exhibit E:    Translation of the Summons by a certified Austrian translator.

## Description of U.S. Lawsuit:

Caption:    *Blue Man Productions, Inc. v. Erich Tarmann*, Case No. 1:05cv2037 (United States District Court for the District of Columbia)

Plaintiff:    Blue Man Productions, Inc.
434 Lafayette Street
New York, New York 10003

Defendant:    Erich Tarmann
Wallmodengasse 11
Vienna 1190
Austria

Facts:    Plaintiff Blue Man Productions, Inc., has used the mark BLUE MAN GROUP in connection with a wide variety of goods for several years prior to March 6, 2000. Plaintiff is the owner of several United States federally registered trademarks, including:

| Mark | | Reg. No. | Reg. Date | Goods/Services |
|------|---|----------|-----------|----------------|
| BLUE MAN GROUP | | 2,450,660 | 5/15/01 | Entertainment services in the nature of live musical and theatrical performances in International Class 41 |
| BLUE MAN GROUP | | 2,438,222 | 3/27/01 | Gift items, namely, decorative magnets in International Class 9; paper goods, namely, postcards and posters in International Class 16; apparel, namely, hats, t-shirts, sweatshirts in International Class 25 |

| BLUE MAN GROUP | 2,617,550 | 9/10/02 | Musical sound recordings in International Class 9 |
|---|---|---|---|
| BLUE MAN GROUP | 2,677,610 | 1/21/03 | Mugs in International Class 21 |
| BLUE MAN GROUP | 2,680,625 | 1/28/03 | Watches; ornamental pins in International Class 14 |
| BLUE MAN GROUP | 2,677,611 | 1/21/03 | Clothing, namely, jackets and caps in International Class 25 |
| BLUE MAN GROUP | 2,741,259 | 7/29/03 | Prerecorded video cassettes and discs featuring musical and theatrical performances in International Class 9 |

Plaintiff also has several other pending United States applications for that mark for other goods. Plaintiff filed this lawsuit against Defendant Erich Tarmann. Plaintiff is requesting that the Court reverse an August 18, 2005 decision of the Trademark Trial and Appeal Board of the United States Patent and Trademark Office in Opposition No. 91/154,055 to the extent it (1) found Plaintiff's mark BLUE MAN GROUP is not a famous mark; (2) dismissed the opposition on the ground of likelihood of confusion; and (3) dismissed the opposition on the ground of dilution. The subject matter of the opposition was Mr. Tarmann's U.S. Application Serial No. 76/295,724 to register on the Principal Register the word mark BLUEMAN for "tobacco, smokers' articles, namely cigarettes" in International Class 34. Mr. Tarmann's application claims that he first used the mark BLUEMAN on March 6, 2000, long after Plaintiffs' first use of the mark.

Governing Law:

This case is governed by United States law regarding the federal registration of trademarks. Specifically, the applicable law includes the Lanham Act, 15 U.S.C. § 1051, *et seq.*; 5 U.S.C. § 706(2)(E); and 15 U.S.C. § 1071(b). This Court has subject matter jurisdiction over this matter pursuant to 15 U.S.C. § 1071(b). Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (d), and pursuant to 15 U.S.C. § 1071(b)(4).

## Rights and Obligations of Defendant Erich Tarmann:

Upon service of the Summons and Complaint, Mr. Tarmann will be obligated to respond to the Complaint within 20 days of service. Mr. Tarmann may respond with an answer, or, if he has an appropriate reason, a motion to dismiss the Complaint. Failure to timely respond to the Complaint may result in a default judgment against Mr. Tarmann.

**Special Methods or Procedures To Be Followed:**

This Court requests that the appropriate Judicial Authority of Austria serve the Summons and Complaint via in-hand delivery to Mr. Tarmann in a manner consistent with the internal laws of Austria. Service of the Summons and Complaint in Austria by this method is authorized by the laws of the United States pursuant to Federal Rules of Civil Procedure 4(f)(2)(A)-(B).

**Reciprocity**

This Court will provide similar assistance with service of process in the United States to the appropriate Judicial Authority of Austria upon request. 28 U.S.C. § 1696.

**Reimbursement for costs**

This Court will reimburse the appropriate Judicial Authority of Austria for costs incurred in executing the Letters Rogatory.


Date: January 20, 2006

(Seal of Court)


The Honorable John D. Bates
District Court Judge for the
United States District Court
For The District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W., # 4329
Washington, DC 20001



**Beglaubigte Übersetzung vom Englischen ins Deutsche**[A1]

## BUNDESBEZIRKSGERICHT
## DES DISTRICT OF COLUMBIA
## (UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA)

**BLUE MAN PRODUCTIONS, INC.,**

|  |  |
|---|---|
| Kläger, | ) |
|  | ) |
|  | ) **Rechtssache Nr. 1:05-cv-02037-JDB** |
|  | ) **Richter John D. Bates** |
| gegen | ) |
|  | ) |
| **ERICH TARMANN,** | ) |
|  | ) |
| Beklagter. | ) |
|  | ) |

## INTERNATIONALES RECHTSHILFEERSUCHEN
## (RECHTSHILFEERSUCHEN)

Das Bundesbezirksgericht des District of Columbia entbietet der zuständigen österreichischen Justizbehörde seinen Gruß und ersucht um internationale Rechtshilfe zur Erledigung der Zustellung von Ladung und Klageschrift in einem zivilgerichtlichen Verfahren vor dem hiesigen Gericht in der oben aufgeführten Angelegenheit. Eine Verhandlung in dieser Angelegenheit ist noch nicht anberaumt, jedoch wird jegliche Verhandlung oder jegliche Anhörung in dieser Angelegenheit in Washington, District of Columbia, Vereinigte Staaten, stattfinden.

Das hiesige Gericht ersucht um Rechtshilfe, wie sie im vorliegenden Ersuchen als im Interesse der Justiz erforderlich beschrieben wird. Konkret besteht das Rechtshilfeersuchen darin, dass die zuständige österreichische Justizbehörde um die Erledigung der Zustellung von Ladung und Klageschrift an die nachfolgend genannte Person ersucht wird:

**Name des Zustellungsempfängers:**

Erich Tarmann

**Staatsbürgerschaft des Zustellungsempfängers:**

österreichisch

**Anschrift des Zustellungsempfängers:**

Wallmodengasse 11, 1190 Wien, Österreich

Rechtshilfeersuchen

Seite 1 von 4 Seiten

## Beschreibung der zuzustellenden Schriftstücke:

| | |
|---|---|
| Anlage A: | Übersetzung dieses internationalen Rechtshilfeersuchens durch einen zertifizierten österreichischen Übersetzer; |
| Anlage B: | US-amerikanische Klageschrift zur Einleitung eines Zivilprozesses gegen Hrn. Tarmann in den Vereinigten Staaten. |
| Anlage C: | Übersetzung der US-amerikanischen Klageschrift durch einen zertifizierten österreichischen Übersetzer; |
| Anlage D: | Eine Ladung, die eine Anordnung eines US-amerikanischen Gerichts darstellt, die den Empfänger, im vorliegenden Fall Herrn Tarmann, zur Beantwortung der Klageschrift innerhalb von 20 Tagen ab Zustellung der Klageschrift auffordert; und |
| Anlage E: | Übersetzung der Ladung durch einen zertifizierten österreichischen Übersetzer |

## Beschreibung des US-amerikanischen Zivilprozesses:

| | |
|---|---|
| Rubrum: | *Blue Man Productions, Inc. gegen Erich Tarmann*, Rechtssache Nr. 1:05cv2037 (Bundesbezirksgericht des District of Columbia) |
| Kläger: | Blue Man Productions, Inc. 434 Lafayette Street New York, New York 10003 |
| Beklagter: | Erich Tarmann Wallmodengasse 11 Wien 1190 Österreich |
| Sachverhalt: | Der Kläger Blue Man Productions, Inc. hat das Warenzeichen BLUE MAN GROUP im Zusammenhang mit verschiedensten Waren mehrere Jahre lang vor dem 6. März 2000 benutzt. Der Kläger ist Inhaber verschiedener US-amerikanischer, bundesweit eingetragener Warenzeichen, einschließlich: |

| Warenzeichen | Eintragungsnr. | Eintragungsdatum | Waren/Dienstleistungen |
|---|---|---|---|
| BLUE MAN GROUP | 2 450 660 | 15. 5. 2001 | Unterhaltungsdienstleistungen in Form von Live-Musik- und Theaterdarbietungen der Internationalen Klasse 41 |
| BLUE MAN GROUP | 2 438 222 | 27. 3. 2001 | Geschenksgegenstände, u. zw. Dekormagnete der Internationalen Klasse 9; Papierwaren, u. zw. Postkarten und Plakate der Internationalen Klasse 16; Bekleidung, u. zw. Hüte, T-Shirts, Sweatshirts der Internationalen Klasse 25 |

| BLUE MAN GROUP | 2,617,550 | 10. 9. 2002 | musikalische Tonaufzeichnungen der Internationalen Klasse 9 |
| BLUE MAN GROUP | 2,677,610 | 21. 1. 2003 | Becher der Internationalen Klasse 21 |
| BLUE MAN GROUP | 2,680,625 | 28. 1. 2003 | Uhren; Zierstifte der Internationalen Klasse 14 |
| BLUE MAN GROUP | 2,677,611 | 21. 1. 2003 | Bekleidung, u. zw. Jacken und Kappen der Internationalen Klasse 25 |
| BLUE MAN GROUP | 2,741,259 | 29. 7. 2003 | Videokassetten und CDs mit Aufnahmen von Musik- und Theaterdarbietungen der Internationalen Klasse 9 |

Für dieses Warenzeichen sind noch verschiedene andere Warenzeichenanmeldungen des Klägers für andere Waren anhängig. Der Kläger hat diesen Prozess gegen den Beklagten Erich Tarmann angestrengt und ersucht das Gericht, die Entscheidung vom 18. August 2005 des Warenzeichenprozess- und berufungssenats (Trademark Trial and Appeal Board) des Patent- und Warenzeichenamts der USA betreffend Einspruch Nr. 91/154,055 insofern aufzuheben, als (1) festgestellt wurde, dass das Warenzeichen des Klägers BLUE MAN GROUP kein berühmtes Warenzeichen sei; (2) der Einspruch mit der Begründung Wahrscheinlichkeit einer Verwechslung verworfen wurde; und (3) der Einspruch wegen Verwässerung verworfen wurde. Der Gegenstand des Einspruchs betraf die US-amerikanische Anmeldung von Herrn Tarmann, Seriennummer 76/295,724 auf Eintragung des Wortzeichens BLUEMAN für „Tabak, Raucherartikel, u. zw. Zigaretten" der Internationalen Klasse 34 in das Hauptregister. In der Anmeldung von Herrn Tarmann wird behauptet, dass er das Zeichen BLUEMAN am 6. März 2000 das erste Mal benutzte, lange nach der ersten Benutzung des Zeichens durch den Kläger.

Maßgebliches Recht:

Der vorliegende Fall unterliegt dem Recht der Vereinigten Staaten von Amerika betreffend die bundesweite Eintragung von Warenzeichen. Konkret zählen zu den anwendbaren Gesetzen der Lanham Act, 15 U.S.C § 1051 ff.; 5 U.S.C. § 706 Abs. 2 Buchstabe E; und 15 U.S.C. § 1071 Buchstabe b). Gemäß 15 U.S.C. § 1071 Buchstabe b) ist das hiesige Gericht in dieser Angelegenheit sachlich zuständig. Gemäß 28 U. S. C. §§ 1391 Buchstabe b) und Buchstabe d) sowie gemäß 15 U.S.C. § 1071 Buchstabe b) Zahl (4) ist die örtliche Zuständigkeit dieses Gerichtsbezirks gegeben.

## Rechte und Pflichten des Beklagten Erich Tarmann:

Nach Zustellung der Ladung und der Klageschrift ist Herr Tarmann verpflichtet, die Klageschrift innerhalb von 20 Tagen nach Zustellung zu beantworten. Herr Tarmann kann die Klage beantworten oder bei entsprechendem Grund einen Antrag auf Abweisung der Klage stellen. Falls die Klagebeantwortung nicht rechtzeitig erfolgt, kann dies ein Versäumnisurteil gegen Herrn Tarmann nach sich ziehen.

## Anzuwendende besondere Methoden oder einzuhaltende Verfahren

Das hiesige Gericht ersucht die zuständige österreichische Justizbehörde um persönliche Zustellung und Übergabe der Ladung und der Klageschrift an Herrn Tarmann in einer Weise, die mit den österreichischen Gesetzen im Einklang steht. Die Zustellung der Ladung und der Klageschrift unter Anwendung dieser Methode ist durch US-amerikanischen Gesetze im Einklang mit den Bundeszivilprozessordnung 4(f)(2)(A)-(B) gedeckt.

## Gegenseitigkeit

Das hiesige Gericht wird der entsprechenden österreichischen Justizbehörde bei der Zustellung von Ladung und Klageschrift in den Vereinigten Staaten auf Ersuchen ähnliche Hilfestellung leisten. 28 U.S.C. § 1696.

## Kostenerstattung

Das hiesige Gericht wird der entsprechenden österreichischen Justizbehörde die Kosten für die Erledigung des Rechtshilfeersuchens ersetzen.



Datum: January 20, 2006

(Gerichtssiegel)

John D. Bates
Richter am Bundesbezirksgericht
für den District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N. W. Nr. 4329
Washington DC 20001

Die genaue Übereinstimmung der vorstehenden
Übersetzung mit der Urschrift bestätige ich unter
Berufung auf meinen als allgemein beeideter
gerichtlicher Dolmetscher für die englische Spra-
che abgelegten Amtseid

St. Georgen, am  10. Januar 2006

Rechtshilfeersuchen                    Seite 4 von 4 Seiten