UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE MAN PRODUCTIONS, INC.,      ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Case No. 1:05-cv-02037-JDB |
| v.    ) | Judge John D. Bates |
| ) | |
| ERICH TARMANN,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

**PLAINTIFF'S RESPONSE TO THE COURT'S MINUTE ORDER OF
MAY 1, 2006, TO UPDATE THE COURT ON THE CURRENT STATUS OF THIS CASE**

Plaintiff, Blue Man Productions, Inc. ("Blue Man"), submits this Response to the Court's Minute Order of May 1, 2006, seeking an update on the current status of this case.

Blue Man filed this action on October 17, 2005, seeking review and reversal of a final Decision and Order of the Trademark Trial and Appeal Board (the "TTAB" or the "Board") of the U.S. Patent and Trademark Office (the "PTO"), dismissing Blue Man's Opposition against the Application of Erich Tarmann ("Tarmann") to register the mark BLUEMAN. Upon information and belief, Tarmann is a domiciliary of Austria, residing in the State of Vienna.

In the Opposition proceedings below, Tarmann was represented by Lawrence Harbin, Esquire ("Harbin"), an attorney located in Washington, D.C. Anticipating difficulties in serving Tarmann with the Summons and Complaint in this action (because Austria is not a member of

1

the Hague Convention),[1] the undersigned, working with supervising counsel Robert W. Clarida, Esquire, contacted Harbin to determine whether he would accept service of the Summons and Complaint on Tarmann's behalf. On or about November 2, 2005, Harbin said that he would accept service.

On November 3, 2005, the undersigned forwarded to Harbin by overnight courier a cover letter, a Notice of Lawsuit, a Waiver of Service of Summons form, and a copy of the Complaint filed with this Court. Notwithstanding Harbin's earlier representations, and after follow-up telephone calls and e-mails from the office of the undersigned during November and early December 2005, on December 8, 2005 Harbin advised the undersigned that he was not authorized to execute and return the Waiver of Service of Summons form on Tarmann's behalf.

After conducting appropriate legal research and making other inquiries about filing and international service procedures, the office of the undersigned prepared a motion for the issuance of Letters Rogatory. So that they would be accepted by the Austrian authorities, Blue Man's motion papers and the proposed Letters Rogatory itself were translated into Austrian-German.

On January 18, 2006, Blue Man filed with this Court its motion for the issuance of Letters Rogatory, including the Austrian-German translation thereof. On January 20, 2006, the Court (Bates, J.) signed an Order for the Issuance of Letters Rogatory – directed to the Vienna, Austrian judicial authorities seeking their aide in serving Tarmann with Blue Man's Summons and Complaint in this action. On January 25, 2006, the Clerk of the Court notified the undersigned of the issuance of this Court's Letters Rogatory. That same day, the office of the undersigned retrieved the executed Letters Rogatory from the Clerk of the Court.

---

[1] In this context, the "Hague Convention" refers to the "Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters" signed at The Hague on November 15,1965.

On January 26, 2006, the office of the undersigned delivered this Court's Letters Rogatory to the U.S. Department of State ("State Department") by overnight courier – for further processing and ultimately forwarding onto the Austrian judicial authorities seeking their aide in serving Tarmann with Blue Man's Summons and Complaint in this action.

The office of the undersigned placed calls to the State Department on the following dates, seeking to determine the status of the further processing of this Court's Letters Rogatory for forwarding onto the Austrian judicial authorities: February 10 and 17, March 2, 7, 9, 14, 22, 27, and April 4, 12, 20, and 27, 2006.  The State Department's last verbally conveyed advisory to the office of the undersigned was that this Court's Letters Rogatory was forwarded to the U.S. Embassy in Vienna, Austria sometime last month.

WHEREFORE, this concludes Plaintiff Blue Man's report as to its efforts to effectuate service of the Summons and Complaint on Defendant Tarmann.  As soon as the undersigned has been provided with documented proof that service has occurred, Blue Man will file with those papers with the Court.

                                         Respectfully submitted,

                                         OBLON, SPIVAK, McCLELLAND,
                                            MAIER & NEUSTADT, P.C.

Dated:  May 12, 2006        By:  __S/_____
                                         Jonathan Hudis (D.C. Bar No. 418872)
                                         Kathleen Cooney-Porter (D.C. Bar No. 434526)
                                         1940 Duke Street
                                         Alexandria, Virginia 22314
                                         (703) 413-3000
                                         Fax: (703) 413-2220
                                         E-Mail: jhudis@oblon.com

                                         Attorneys for Plaintiff
                                         BLUE MAN PRODUCTIONS, INC.

Of Counsel:

Robert W. Clarida (RWC 3190)
Antonio Borrelli (AB 7965)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 1003606799
(212) 790-9200
Fax: (212) 575-0671
E-Mail: rwc@cll.com
E-Mail: axb@cll.com

JH:jh {I:\ATTY\JH\BLUE MAN\PLEADINGS\RESPONSE TO COURT STATUS INQUIRY.DOC}