UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE MAN PRODUCTIONS, INC.,    ) <br>                                   ) <br>       Plaintiff,           ) <br>                                   ) <br> v.                                    ) <br>                                   ) <br> ERICH TARMANN,                ) <br>                                   ) <br>       Defendant.          ) <br> _____) | Case No. 1:05-cv-02037-JDB <br> Judge John D. Bates |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO
THE COURT'S MINUTE ORDER OF MAY 1, 2006, TO UPDATE
THE COURT ON THE CURRENT STATUS OF THIS CASE**

Plaintiff, Blue Man Productions, Inc. ("Blue Man"), submits this Supplemental Response to the Court's Minute Order of May 1, 2006, seeking an update on the current status of this case. Blue Man filed its original response to the Court's Minute Order on May 12, 2006.

At the time of the filing of Blue Man's May 12, 2006 Status Report, the U.S. Department of State ("State Department") advised the office of the undersigned that this Court's Letters Rogatory had been forwarded to the U.S. Embassy in Vienna, Austria sometime in April 2006.

After filing its Status Report with the Court on May 12, 2006, the office of the undersigned again contacted the State Department on May 15 and 16, and June 21, 2006, regarding the status of the Letters Rogatory to effectuate service of the Summons and Complaint on Defendant in Vienna, Austria. The State Department has now revised the status of the Letters

1

Rogatory, and acknowledges that the Letters Rogatory are still at the State Department in Washington, D.C.

The State Department told the office of the undersigned that there is a significant backlog of Letters Rogatory, particularly with respect to Austria. Austria recently agreed to serve multiple Letters Rogatory that have been pending since the 1950's relating to prosecution of Nazi war criminals. Not surprisingly, Austria no longer has the letters rogatory from the 1950's. The State Department has been charged with locating and/or reconstructing those Letters Rogatory and with sending them to Austria for service. Austria has apparently made this a priority, but is having difficulty locating many of the people because they have changed names, addresses, died, or emigrated to other countries. The State Department also has been charged with helping locate these individuals.

As a result of the above facts, the State Department's response time for Letters Rogatory to Austria has increased greatly; although Austria is quicker about service once the Letters Rogatory reach them from the State Department. The State Department estimates that processing/service periods of 1 year are not that unusual at this time. As of the filing of this supplemental report, the Letters Rogatory for this action have not reached Austria.

WHEREFORE, this concludes Plaintiff Blue Man's Supplemental Report as to its efforts to effectuate service of the Summons and Complaint on Defendant Tarmann. As soon as the undersigned has been provided with documented proof that service has occurred, Blue Man will file with those papers with the Court.

                                    Respectfully submitted,

                                    OBLON, SPIVAK, McCLELLAND,
                                      MAIER & NEUSTADT, P.C.

Dated: July 5, 2006              By:   S/
                                             Jonathan Hudis (D.C. Bar No. 418872)
                                             Kathleen Cooney-Porter (D.C. Bar No. 434526)
                                             1940 Duke Street
                                             Alexandria, Virginia 22314
                                             (703) 413-3000
                                             Fax: (703) 413-2220
                                             E-Mail: jhudis@oblon.com
                                             Attorneys for Plaintiff
                                             BLUE MAN PRODUCTIONS, INC.

Of Counsel:

Robert W. Clarida (RWC 3190)
Antonio Borrelli (AB 7965)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 1003606799
(212) 790-9200
Fax: (212) 575-0671
E-Mail: rwc@cll.com
E-Mail: axb@cll.com

JH:jh  {I:\ATTY\JH\BLUE MAN\PLEADINGS\SUPPL RESPONSE TO COURT STATUS INQUIRY JULY06.DOC}