UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLUE MAN PRODUCTIONS, INC.,

Plaintiff,

v.

ERICH TARMANN,

Defendant.

Civil Action No. 05-2037 (JDB)

**FILED**

DEC 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon review of the entire record herein, it is this 20th day of December, 2006, hereby

**ORDERED** that the deadline for defendant Erich Tarmann to file an answer or other responsive pleading shall be extended; and it is further

**ORDERED** that defendant shall file his answer or other responsive pleading by not later than February 20, 2007.

**SO ORDERED.**

/s/ JOHN D. BATES
United States District Judge

Dated:  December 20, 2006

Copies to:

Jonathan Hudis

-1-

OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314-3451
Tel: (703) 412-3000
Fax: (703) 413-2220
Email: jhudis@oblon.com


Erich Tarmann
Wallmodengasse 11
Vienna 1190
Austria

Hans Christian Nemetz
NEMETZ & NEMETZ
Landstrasser Hauptstrasse 29
Vienna A-1030
Austria
Tel: 43 713 35 48
Fax: 43 713 9085
Email: office@nemetz.net