# NEMETZ & NEMETZ
## RECHTSANWALTS - KEG
A - 1030 WIEN, LANDSTRASSER HAUPTSTRASSE 29
TEL 01/713 35 49 - FAX 01/713 90 85 - EMAIL OFFICE@NEMETZ.NET

*Leave to file GRANTED*

*[signature] 12/20/06*
*John D. Bates*
*United States District Judge*

**United States District Court**
**for the District of Columbia**

**333 Constitution Ave., NW**
**Washington, DC 20001**

**Judge John D. Bates**

**Fax: 001 202 354 3433**

Vienna, 2006 – 12- 19
TarmEr/BLUEM / W / 6SB

**Case Number: 1: 05CV02037**
**Blue Man Productions Inc v. Erich Tarmann**

Dear Mr. Bates!

I am an Austrian Laywer, situated in Vienna. I represent Mr. Erich Tarmann, the owner of the trademark "Blue Man".

Mr. Tarmann had filed an application to register on the Principal Register his word mark in International Class 34. The Blue Man Group, represented by the lawfirm Jonathan Hudis and Kathleen Cooney-Porter (Virginia), filed a Notice of Opposition against this Application with the TTAB. The TTAB rendered its decision dismissing the Opposition in August 2005.

Now my client got a complaint of the Blue Man Group from your court. My Client is now obligated to respond to the complaint within 20 days, so on 20 th of December.

My client is living in Vienna, he is an Austrian resident and he isn`t able to response the complaint on time because he had to find a laywer in your District first. So it `ll take a little time more to response.
The plaintiff's statement of grounds for the claim isn`t true. Shortly for your information: My Client had registered his trademark "Blue Man" since 2000. First in Austria, then in memberstates of the WIPO and also in India and Africa. All this and more an American Laywer had to response. My client had to engage somebody and he will get in contact with a laywer soon.

In the meantime I take the liberty of asking for extending the time limit for responding until February 2007. With the hope of your Goodwill I remain

Yours faithfully

*[signature]*
Dr. Hans Christian Nemetz

PERS. HAFTENDER GESELLSCHAFTER: DR. HANS CHRISTIAN NEMETZ
FIRMENBUCH: FN 165497 p HG WIEN    DVR: 0855361    UID NR: ATU 11257806
BANKVERBINDUNG: BANK AUSTRIA CREDITANSTALT AG    BLZ: 12.000
BIC: BKAUATWW    IBAN: AT85 1200 0520 3222 2502    KTO.-NR. 52032 222 502