### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE MAN PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05-cv-02037-JDB |
| v. ) | Judge John D. Bates |
| ) | |
| ERICH TARMANN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA:

Plaintiff, Blue Man Productions, Inc. ("Blue Man"), requests that the Clerk of this Court enter a default against Defendant, Erich Tarmann ("Tarmann"), for his failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a), Fed.R.Civ.P.

This request is based on the attached Declarations of Jonathan Hudis and Frank J. West, which show the following:

1. Upon information and belief, Tarmann was served by Letters Rogatory with Blue Man's Summons and Complaint in early December 2006. The Letters Rogatory and Return of Service presently are being held in the Chambers of Judge John D. Bates.

2. The Return of Service being held in Judge Bates' Chambers establishes that service upon Tarmann was proper pursuant to Rule 4(f), Fed.R.Civ.P.

3. On December 20, 2006, the Court granted Tarmann an extension of time to respond to Blue Man's Complaint by February 20, 2006. Court's Docket Entry No. 8.

4. Upon information and belief, Tarmann has failed to plead or otherwise respond to Blue Man's Complaint.

5. Upon information and belief, Erich Tarmann is not an infant or an incompetent person.

Plaintiff therefore requests that the Clerk of the Court enter a Default against Tarmann pursuant to Rule 55(a), Fed.R.Civ.P.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, P.C.

Dated: April 23, 2007     By:     S/
Jonathan Hudis (D.C. Bar No. 418872)
Kathleen Cooney-Porter (D.C. Bar No. 434526)
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000
Fax:  (703) 413-2220
E-mail:  jhudis@oblon.com

Attorneys for Plaintiff
BLUE MAN PRODUCTIONS, INC.

Of Counsel:

Robert W. Clarida (RWC 3190)
Antonio Borrelli (AB 7965)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
(212) 790-9200
Fax (212) 575-0671
E-mail: rwc@cll.com
E-mail: axb@cll.com

JH/KDW/klb{I:\atty\JH\Blue Man\pleadings\Request Entry Default.doc}