**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BLUE MAN PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:05-cv-02037-JDB |
| v. | ) | Judge John D. Bates |
| | ) | |
| ERICH TARMANN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF FRANK J. WEST**
**IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, FRANK J. WEST, declare:

1.      I am a partner with the law firm Oblon, Spivak, McClelland, Maier & Neustadt, P.C. of Alexandria, Virginia, and am assisting Jonathan Hudis, lead counsel for Plaintiff Blue Man Productions, Inc. ("Blue Man"), in this matter.

2.      I am a member in good standing of the Missouri Bar.

3.      The statements in this Declaration are based upon my personal knowledge, except those statements made on information and belief, and if called as a witness I could testify competently thereto.

4.      I submit this Declaration in support of Blue Man's Request for Entry of Default.

5.      Blue Man filed this action on October 17, 2005.

6.      Upon information and belief, Defendant Erich Tarmann ("Tarmann") is a domiciliary of Austria, residing in the State of Vienna.

7.      Upon information and belief, Tarmann was served with Blue Man's Summons and Complaint by Letters Rogatory in early December 2006.  The basis for this

belief is the letter received by the Court on December 19, 2006, from an Austrian lawyer

purporting to represent Tarmann.  Courts' Docket Entry No. 9.

8.      I placed numerous calls to the U.S. State Department ("State Department")

in Washington D.C. and the U.S. Embassy in Vienna, Austria from February 2006

through February 2007 to determine the status of the Return of Service and the Letters

Rogatory.

9.      On April 2, 2007, I contacted the Court's Chambers (Bates, J.) concerning

the Return of Service and the Letters Rogatory.  On that day, I spoke with Judge Bates'

Law Clerk, Scott Meisler.

10.     Mr. Meisler informed me that the Court had received the executed Return

of Service and Letters Rogatory from the State Department.

11.     I also was told the that Court had not entered the Return of Service and

Letters Rogatory on its docket because the Court was awaiting a return call from the State

Department regarding the identification of the German-language documents that

accompanied the executed Return of Service and Letters Rogatory.

12.     I informed Mr. Meisler the German-language documents were the

translation of Blue Man's Complaint and other filing documents that were served with

the Letters Rogatory.

13.     Mr. Meisler replied that it was no longer necessary to contact the State

Department.

14.     I informed Mr. Meisler that the Court's Docket did not indicate that

Tarmann had filed a response to Blue Man's Complaint.

3

15.    Mr. Meisler informed me that Tarmann had in fact not filed a Response to

Blue Man's Complaint with the Court.

I DECLARE, under penalty of perjury that the foregoing is true and correct.


Executed on:  April 23, 2007                         S/
                                                        Frank J. West


JH/KDW/klb  {I:\atty\JH\Blue Man\pleadings\West Dec in Support Default.doc}