## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE MAN PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05-cv-02037-JDB |
| v. ) | Judge John D. Bates |
| ) | |
| ERICH TARMANN, ) | |
| ) | |
| Defendant. ) | |

## **DEFAULT**

IT APPEARING that the above-named defendant, Erich Tarmann, has failed to plead or otherwise defend this action although duly served with the Summons and copy of the Complaint on the _____ day of _____ 2006, and Declarations on behalf of the Plaintiff noting Defendant's Default having been filed, on this _____ day of _____, 2007, it is declared that Erich Tarmann, Defendant herein, is in default.

NANCY M. MAYER-WHITTINGTON, CLERK

By _____
    Deputy Clerk

JH/KDW/klb  {I:\atty\JH\Blue Man\pleadings\Default Order.doc}