

**United States Department of State**

*Washington, D.C. 20520*

February 16, 2007

The Honorable John D. Bates
United States District Court Judge
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Matter of Blue Man Production vs. Erich Tarmann

To Whom It May Concern:

Please find enclosed the completed letters rogatory in the above matter as received by our office from the U.S. Embassy Vienna, Austria. One consular receipt, for US $735.00, is also herewith enclosed.

You may contact me at 202-647-8308 if you have any further questions in this matter.

Sincerely,

Teri Keas
Citizens Services Specialist
European Division
Office of American Citizens Service
and Crisis Management

Enclosures: As stated

**RECEIVED**

MAR 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

rec'd by SC from chambers
4/24/07

Officer:
COLLECTION
TIONS FINAL -- NO REFUNDS
USTOMER COPY

## MEMORANDUM

DATE: January 29, 2007

FROM: American Embassy
      Consular Section
      Vienna, Austria

TO:  Department of State
     CA/OCS/ACS/EUR – Ms. Teri Keas Monical
     Washington, D.C. 20520-4818

SUBJECT: Letters Rogatory in the matter of Blue Man Productions vs. Erich Tarmann.

Enclosed for transmission to the United States District Court for the District of Columbia E. Barrett Prettyman U.S. Courthouse, are completed letters rogatory in the above matter.

A consular cash receipt for U.S. $ 735.00 is herewith enclosed.

Enclosure
as stated

UNCLASSIFIED



*Embassy of the United States of America*



## Certification of an Executed Letter Rogatory

REPUBLIC OF AUSTRIA    )
CITY OF VIENNA         )
EMBASSY OF THE         )   ss:
UNITED STATES OF AMERICA )

I hereby certify that I received the annexed letters rogatory and accompanying documents on the date below.

January 29, 2007

**Federal Ministry of
Foreign Affairs
of the Republic of Austria**

Charisse Phillips
Consul General of the
United States of America

January 29, 2007

RECHTS- UND KONSULARSEKTION

Bundesministerium
für auswärtige Angelegenheiten

GZ. BMaA-US.4.15.04/0006-IV.1/2007

An die
Botschaft der Vereinigten
Staaten von Amerika
Boltzmanngasse 16
1090 Wien

## <u>V e r b a l n o t e</u>

Das Bundesministerium für auswärtige Angelegenheiten entbietet der Botschaft der Vereinigten Staaten von Amerika seine Empfehlungen und beehrt sich, anbei den Zustellnachweis zum mit Verbalnote N° 219 vom 10. Oktober 2006 übermittelten Rechtshilfeersuchen zu überreichen. Das Zustellstück an Erich TARMANN, 1190 Wien, Wallmodengasse 11, wurde am 04.12.2006 hinterlegt. Das hinterlegte Schriftstück ist am 04.12.2006 beim Postamt behoben worden.

Das Bundesministerium für auswärtige Angelegenheiten benützt diese Gelegenheit, der Botschaft der Vereinigten Staaten von Amerika die Versicherung seiner ausgezeichneten Hochachtung zu erneuern.

<u>Beilage(n)</u>



Wien, am 24.01.2007

1. **Erster Zustellversuch am** 30.11.06
   **Ankündigung eines 2. Zustellversuches**
   ☒ in das Hausbrieffach  ⎫
   ☐ in den Briefkasten      ⎬ eingelegt
   ☐ in den Briefeinwurf    ⎭
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür angebracht

2. **Zweiter Zustellversuch am** 1.12.06
   **Verständigung über die Hinterlegung**
   ☒ in das Hausbrieffach   ⎫
   ☐ in den Briefkasten       ⎬ eingelegt
   ☐ in den Briefeinwurf     ⎭
   ☐ an der Abgabestelle zurückgelassen
   ☐ an der Eingangstür angebracht

3. **Annahmeverweigerung am** .................
   durch ☐ Empfänger ☐ .................
   ☐ Sendung an der Abgabestelle zurückgelassen
   ☐ Sendung beim Zustellpostamt hinterlegt

4. **Hinterlegung**
   ☒ beim Zustellpostamt
   ☐ beim Postamt .................
   Beginn der Abholfrist .................

   ..................../.................
   Zusteller

Formular 3/1 zu § 22 des Zustellgesetzes (GeoForm 31b)

Frau/Herrn/Firma
Erich Tormann
Kollmodeng 11
1180 Wien

**Übernahmsbestätigung**

| Datum | |
|---|---|
| Unterschrift | |

☐ Empfänger
☐ Postbevollmächtigter für RSa-Briefe
☐ Angestellter des berufsmäßigen Parteienvertreters
☐ ....................

GZ: 9 HC 103/06v-2    Bg. + Beschl
                      40/12

Absender:
**Bezirksgericht - Döbling**
Tel. (01) 360 03 - 0
1193 Wien, Obersteinergasse 20-22

(Aufgabe-postamt)
(Zustell-postamt 1193)

# Verständigung über die Hinterlegung eines Schriftstückes

Empfänger: Erich Tarhuda

Absender: BG Döbling

Geschäftszahl: PHc 103/06v-2

Sehr geehrte Frau!
Sehr geehrter Herr!

Heute konnte Ihnen ein
☒ zu eigenen Handen zuzustellendes **behördliches Schriftstück** (RSa-Brief)
☐ zuzustellendes **behördliches Schriftstück** (RSb-Brief)

nicht zugestellt werden. Das Schriftstück wird daher hinterlegt. **Die Hinterlegung gilt grundsätzlich als Zustellung.** Holen Sie das Schriftstück **in Ihrem Interesse ehestens** ab, Sie könnten sonst wichtige Fristen versäumen!

Das Schriftstück ist abzuholen

☐ heute ab _____ Uhr
☒ ab morgen (nächstem Werktag) _____ Uhr

Öffnungszeiten:
Mo.: 08:00-18:00    Fr.: 08:00-18:00
Di.: 08:00-18:00    Sa.: geschlossen
Mi.: 08:00-18:00    So.: geschlossen
Do.: 08:00-18:00

bei der **Postfiliale 1190 Wien**, Wuerthgasse 7-9

Bitte bringen Sie diese Verständigung und einen amtlichen Lichtbildausweis mit.

1.12.06
Zusteller, Datum

**Hinweis!**
Das Schriftstück liegt bis zum _18.12.06_ bei der **Postfiliale 1190 Wien** und wird danach wieder der absendenden Behörde zurückgeleitet.

Formular 1 zu §17 Abs. 2 des Zustellgesetzes    7 661 026 100 ZL/IB-438585/05  04.2005

**Bitte wenden!**

## Wichtige Informationen!

Wenn Sie zum **Zeitpunkt der Zustellung** etwa wegen Urlaubes, Krankenhausaufenthaltes oder dergleichen **vorübergehend abwesend** waren und daher vom Zustellvorgang nicht rechtzeitig Kenntnis erlangen konnten, dann wird die Zustellung erst an dem Ihrer Rückkehr folgenden Tag wirksam, wenn dieser Tag noch innerhalb der Abholfrist liegt. (Die Abholfrist ist auf Seite 1 unten angegeben.) Sollte die Abholfrist bei Ihrer Rückkehr schon abgelaufen sein, setzen Sie sich bitte umgehend mit dem Absender in Verbindung.

## Empfangsbestätigung
Die umseitig angeführte Sendung habe ich heute erhalten

_4.12.06_
Datum

Unterschrift