**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLUE MAN PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05-cv-02037-JDB |
| v. ) | Judge John D. Bates |
| ) | |
| ERICH TARMANN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION IN SUPPORT OF DEFAULT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA:

I HEREBY CERTIFY, under penalty of perjury, this 29th day of May, 2007, that I am the attorney of record for plaintiff in the above-entitled case, Blue Man Productions, Inc.; and that defendant Erich Tarmann was served via Letters Rogatory with Blue Man Production Inc.'s Summons and Complaint on December 4, 2006, pursuant to Rule 4(f)(2)(B), Fed. R. Civ. P. (Return of Service, Docket No. 11);

I FURTHER CERTIFY, under penalty of perjury, that no appearance has been entered by defendant in this case; no pleading of defendant has been filed with the Court and no such pleading has been served upon the undersigned as attorney for plaintiff, although an extension of time for defendant to answer was given (Court's Order, Docket No. 8); the time for filing such pleading has expired; upon information and belief defendant is neither an infant nor an incompetent person; and Plaintiff moved the Court for the Entry of Default under Rule 55(a), Fed. R. Civ. P., on April 23, 2007 (Plaintiff's Motion (with supporting Declarations), Docket No. 10).

THE AUTHORITY for obtaining personal jurisdiction over defendant, who was served outside the District of Columbia, is Trademark Act Section 21(b)(4), 15 U.S.C. § 1071(b)(4), because defendant resides in a foreign country, and because defendant has purposefully availed himself of the privileges and benefits of doing business in the District of Columbia.

WHEREFORE, the Clerk is requested to enter a Default against defendant, Erich Tarmann.

                                 Respectfully submitted,

                                 OBLON, SPIVAK, McCLELLAND,
                                  MAIER & NEUSTADT, P.C.

Dated: May 29, 2007      By:   s/_____
                                        Jonathan Hudis (D.C. Bar No. 418872)
                                        Kathleen Cooney-Porter (D.C. Bar No. 434526)
                                        1940 Duke Street
                                        Alexandria, VA  22314
                                        (703) 413-3000
                                        Fax: (703) 413-2220
                                        E-mail:  jhudis@oblon.com

                                        Attorneys for Plaintiff
                                        BLUE MAN PRODUCTIONS, INC.

Of Counsel:

Robert W. Clarida (RWC 3190)
Antonio Borrelli (AB 7965)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036
(212) 790-9200
Fax (212) 575-0671
E-mail: rwc@cll.com
E-mail: axb@cll.com

JH/KDW/klb{I:\atty\JH\Blue Man\pleadings\Declaration of Entry Default.doc}