IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BLUE MAN PRODUCTIONS, INC., :

        Plaintiff, :

    v.     1:05CV02037 (JDB)
  :
ERICH TARMANN, :

        Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR DEFAULT JUDGMENT**

    Plaintiff, BLUE MAN PRODUCTIONS, INC. ("BMPI"), hereby moves for an Order under Rule 55(b), Fed. R. Civ. P., and Local Civ. R. 7, issuing a default judgment against Defendant, ERICH TARMANN ("Tarmann"), reversing the decision of the Trademark Trial and Appeal Board (the "Board") of the U.S. Patent and Trademark Office which denied BMPI's Opposition No. 91/154,055 against Tarmann's Application (Serial No. 76/295,724) to register the mark BLUEMAN, and remanding this matter to the Board with instructions that Opposition No. 91/154,055 be sustained and that registration of the BLUEMAN mark (of Application Serial No. 76/295,724) to Tarmann be refused.

    BMPI submits in support of this Motion the Declaration and Exhibits of Matt Goldman, a Memorandum of Points and Authorities, and a [Proposed] Order and Judgment granting the relief sought by this Motion.

//

//

//

Since Tarmann defaulted in answering or otherwise responding to BMPI, proof of service requirements of Local Civ. R. 5.3 do not apply. *See*, Rule 5(a), Fed.R.Civ.P. As this is a dispositive motion, the good faith conference requirements of Local Civ. R. 7(m) also do not apply.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.

Dated: September 5, 2007   By   s/_____
Alexandria, Virginia

Jonathan Hudis
(D.C. Bar No. 418872)
Kathleen Cooney-Porter
(D.C. Bar No. 434526)
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
(703) 413-3000
Fax: (703) 413-2220
E-Mail: *jhudis@oblon.com*
Attorneys for Plaintiff

Robert W. Clarida
Antonio Borrelli
COWAN, LIEBOWITZ &
  LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Fax: (212) 575-0671
  *Of Counsel*

JH:jh  {I:\ATTY\JH\BLUE MAN\PLEADINGS\257740-279766US_MTN DEFAULT JDGT.DOC}

2