IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

BLUE MAN PRODUCTIONS, INC.,
                                                    :
                        Plaintiff,
                                                    :
            v.                                          1:05CV02037
                                                    :
ERICH TARMANN,
                                                    :
                        Defendant.
                                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## DECLARATION OF MATT GOLDMAN

Jonathan Hudis
(D.C. Bar No. 418872)
Kathleen Cooney-Porter
(D.C. Bar No. 434526)
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
(703) 413-3000
Fax: (703) 413-2220
E-Mail: *jhudis@oblon.com*
Attorneys for Plaintiff

Robert W. Clarida
Antonio Borrelli
COWAN, LIEBOWITZ &
  LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Fax: (212) 575-0671
    *Of Counsel*

MATT GOLDMAN, pursuant to 28 U.S.C. §1746, declares as follows:

1.        I am the Chief Executive Officer of Blue Man Productions, Inc. (hereinafter referred to as "Plaintiff"), a corporation duly organized and validly existing under the laws of the State of New York, and having its address at 599 Broadway, 5th Floor, New York, NY 10012. I submit this declaration in support of Plaintiff's motion for default judgment. The statements set forth herein are based either upon my personal knowledge or the records of Plaintiff.

2.        Since early 1988, Plaintiff has made continuous and extensive use of the mark BLUE MAN GROUP throughout the United States for entertainment services in the nature of live musical and theatrical performances and related merchandise, as more fully set forth below. Total sales of goods and services under the BLUE MAN GROUP Mark since that time have exceeded $1 billion. Plaintiff is not aware of any other person or entity using a mark incorporating the words "Blue Man" for any other product or service in the U.S. As a result of the extensive use and promotion of Plaintiff's mark BLUE MAN GROUP, as more fully set for the below, Plaintiff has developed highly valuable goodwill in its BLUE MAN GROUP mark, and said goodwill has become closely and uniquely identified and associated with Plaintiff.

3.        The mark BLUE MAN GROUP identifies a trio of mute performers called BLUE MEN, who present themselves in blue paint, latex bald caps and black clothing. The undersigned, together with Chris Wink and Phil Stanton, conceived the idea of the performance in the 1980s in New York City and began performing on the streets of New York as BLUE MEN. Plaintiff opened a full-length show in 1991 that is still running in New York City.

2

**REGISTRATIONS**

4.      Plaintiff owns the following federal registrations and pending application for the

mark BLUE MAN GROUP on the Principal Register of the United States Patent and

Trademark Office:

| Mark | Reg. No. / App. No. | Reg. Date / Filing Date | Goods/Services |
|---|---|---|---|
| BLUE MAN GROUP | 2,450,660 | 5/15/01 | Entertainment services in the nature of live musical and theatrical performances |
| BLUE MAN GROUP | 2,438,222 | 3/27/01 | Gift items, namely, decorative magnets; paper goods, namely, postcards and posters; apparel, namely, hats, t-shirts, sweatshirts |
| BLUE MAN GROUP | 2,617,550 | 9/10/02 | Musical sound recordings |
| BLUE MAN GROUP | 2,677,610 | 1/21/03 | Mugs |
| BLUE MAN GROUP | 2,680,625 | 1/28/03 | Watches, ornamental pins |
| BLUE MAN GROUP | 2,677,611 | 1/21/03 | Clothing, namely, jackets, caps |
| BLUE MAN GROUP | 2,741,259 | 7/29/03 | Pre-recorded video cassettes and discs featuring musical and theatrical performances |
| BLUE MAN GROUP | 3,030,215 | 12/13/05 | Keychains made of metal; mousepads; clocks; stickers; pens; souvenir programs concerning musical and theatrical performances; notecards; non-metal keychains; clothing, namely, tank tops, hats, sweat bands; novelty toys, namely, battery operated balls that glow |
| BLUE MAN GROUP | 77/176,871 | 5/9/07 | Mints; calendars; blank journal books; arts and crafts paint kits; arts and crafts kits comprising colored pencils and pads; business card cases; wallets; luggage tags; tote bags; cosmetics bags, sold empty; key cases; pocket mirrors; pajamas; yoga suits for men and women; long sleeved shirts; t-shirts for children; cloth patches for clothing |

Certified status and title copies of the above registrations and a status copy of the above

application are annexed as Exhibit D hereto.

**THEATRICAL SHOWS**

5.        Since the 1980s, Plaintiff has sold millions of theater tickets in the United States

for entertainment services rendered in connection with the mark BLUE MAN GROUP.

Since 1998 alone, Plaintiff has sold more than 11 million theater tickets for BLUE MAN

GROUP performances in the United States, and continues to sell them at a rate of 20,000 per

week.

6.        Due to the great success with which Plaintiff's BLUE MAN GROUP

performances have been received, in addition to Plaintiff's BLUE MAN GROUP

performances in New York City, Plaintiff is presently offering theatrical shows in connection

with the mark BLUE MAN GROUP in Boston, Chicago, Las Vegas and most recently,

beginning in June 2007, at the Sharp Aquos Theatre at the Universal Studios resort in

Orlando, Florida.

7.        Plaintiff's Las Vegas production alone, which was started in March 2000 and is

now running at a specially-built theater at the Venetian Resort Hotel Casino, generates more

than $4 million each month in ticket sales, more than $50 million annually.

**TOURING SHOWS**

8.        In addition to its long-running theatrical shows described above, Plaintiff has also

presented two touring shows in connection with the mark BLUE MAN GROUP.  The tours

have visited dozens of small, mid-size and large cities throughout the U.S.

9.      Plaintiff's first touring show, "The Complex," in 2003, satirized and commented upon stereotypical behaviors of musicians and audiences at rock concerts.  The show includes a humorous segment in which the on-stage performers make gestures with cigarette lighters, intended as a reference to a common means by which audience members demonstrate their approval at certain types of concerts.

10.     Last year, Plaintiff launched its second touring show, "How to be a Megastar 2.0," which has grossed over $34 million to date as it travels through the United States. It will continue through 2008.

**WEB SITE**

11.     For over ten years, Plaintiff has operated a web site located at www.blueman.com ("Plaintiff's Web Site"), which prominently features the BLUE MAN GROUP Mark.

12.     Plaintiff's Web Site provides information about Plaintiff's goods offered and services rendered in connection with the mark BLUE MAN GROUP, offers interactive features of interest to Plaintiff's fans, and serves as a retail seller of merchandise bearing Plaintiff's mark BLUE MAN GROUP.

13.     Plaintiff's Web Site attracts approximately 200,000 unique visitors per month.

**MERCHANDISE**

14.     Plaintiff has sold merchandise in the United States under the mark BLUE MAN GROUP for about 15 years.  Plaintiff now offers a wide variety of merchandise under its mark BLUE MAN GROUP, including apparel, bags, luggage, wallets, business card holders, mousepads, magnets, pocket mirrors, pens, paper goods including posters and souvenir programs, mugs, pre-recorded musical sound recordings and DVDs featuring theatrical performances, jewelry including keychains and watches, toys, pet accessories, cameras,

5

umbrellas, arts and craft kits, foam hands, skateboards, nightlights, message wands and novelties.

15.     Plaintiff's merchandise is sold principally through Plaintiff's Web Site and at venues where Plaintiff's theatrical or touring shows appear.

## SOUND RECORDINGS AND DVDs

16.     In 1999, Plaintiff released a sound recording named "Audio," which was nominated for a Grammy Award by the National Academy of Recording Arts and Sciences in 2000, as "Best Pop Instrumental Album" of the year.

17.     Plaintiff was invited to perform and did perform live on the nationally-telecast program on February 21, 2001 at which the 2000 Grammy Awards were presented.  Exhibit A, DVD 3.  The broadcast attracted a worldwide audience of 1.5 billion viewers.

18.     In 2002, Plaintiff's Grammy Award-nominated sound recording "Audio" was certified as a "Gold" record by the Recording Industry Association of America, in recognition of the sale of more than 500,000 copies.  Total sales of "Audio" to date are approximately 630,000 copies.

19.     In 2003, Plaintiff released a rock album named "The Complex," which includes collaborations with musicians such as Dave Matthews, Tracy Bonham, Gavin Rossdale, Dan the Automator, Josh Haden, and others.  Total sales of "The Complex" to date are approximately 250,000 copies.

20.     Plaintiff also released "The Complex Rock Tour Live DVD" in connection with its "The Complex" touring show.  This DVD was certified "Double Platinum" by the Recording Industry Association of America, in recognition of the sale of more than 200,000

6

copies.  Total sales of "The Complex Rock Tour Live DVD" to date are approximately

250,000 copies.

**TELEVISION APPEARANCES**

21.       Plaintiff has appeared as a featured performer under the mark BLUE MAN

GROUP on nationally popular television broadcasts including the following (see

Wikipedia.org entry for BLUE MAN GROUP, Exhibit B, docs. 565-577):

> NBC A Closer Look (1991) – Exhibit A, DVD 3.
>
> Live With Regis & Kathie Lee (1992) – Exhibit A, DVD 3.
>
> The Tonight Show with Jay Leno (appearances in 1992, 1993, 1994, 1997, 1999, 2000 and 2003) – Exhibit A, DVD 2.
>
> Entertainment Tonight (11/93) – Exhibit A, DVD 3.
>
> The 43rd Annual Grammy Awards (2/21/01) – Exhibit A, DVD 3.
>
> The Simpsons (5/20/01) – Exhibit A, DVD 4.
>
> CBS Sunday Morning (5/20/01) – Exhibit A, DVD 3.
>
> The Drew Carey Show (11/14/01) – Exhibit A, DVD 6.
>
> The Today Show (4/22/03) – Exhibit A, DVD 8.

22.       Plaintiff's numerous appearances on The Tonight Show with Jay Leno, including

a special appearance on New Year's Eve 1992-93, are evidenced as well by the letter from

Jay Leno to Plaintiff, Exh. A doc. 542.

23.       Plaintiff has also appeared on a large number of other telecasts, either as a

featured performer, or as the subject of an interview or news report. A summary of these

appearances is set forth in Exhibit A, docs. 2-13.  This summary is prepared from the records

kept by Plaintiff in the ordinary course of its business.

7

**PLAINTIFF'S ADVERTISING**

24.      Since 1988, Plaintiff itself has expended over $75 million in advertising its

performances, merchandise, and recordings sold or offered in connection with the mark

BLUE MAN GROUP in the United States.  More than $20 million of that sum was expended

by the end of 2000.

25.      Print advertisements for Plaintiff that display the mark BLUE MAN GROUP

have appeared in every city in which Plaintiff has appeared, either in a theatrical show or a

touring show, as well as in national publications including The New York Times.

26.      Television advertisements for Plaintiff have appeared in every city in which

Plaintiff has appeared, either in a theatrical show or a touring show, as well as on national

broadcasts including The Tonight Show with Jay Leno.  Examples of Plaintiff's television

ads are set forth on Exh. A, DVD 2.

27.      In addition to print and television, Plaintiff has advertised in other media,

including a giant electronic billboard located in Times Square, New York City (Exh. A, docs.

457-462) and on Metro-North commuter railroad schedules in New York City (Exh. A, docs.

463-464).

**INTEL ADVERTISEMENTS**

28.      The mark BLUE MAN GROUP appears in television advertisements of Intel

Corporation ("Intel") computer chips.  Advertising expenditures for seven such television

advertisements alone have exceeded $550 million.  See Exhibit A, DVD 1.

29.      The advertisements for Intel computer chips in the Pentium 3 and Pentium 4

series were produced with the active creative involvement of Plaintiff, and five of the seven

commercials were based on ideas that originated with Plaintiff.

8

30.    All of the Intel advertisements in the series feature Plaintiff's mark BLUE MAN GROUP shown on-screen in Plaintiff's customary color and typeface, and thus, as described in Fortune Small Business, "they come across as ads almost as much for Blue Man [Group] as for the chipmaker." (See Fortune Small Business at 56, Exhibit A, docs. 61-64.)

31.    In fact, Plaintiff licensed the use of its mark BLUE MAN GROUP to Intel for the purpose of the Intel advertisements.

32.    The Intel advertisements have appeared on such popular nationally broadcast television programs as Super Bowl XXXIV, Friends, The X-Files, and The Drew Carey Show.

**SWATCH WRISTWATCHES**

33.    Beginning in 2006, the mark BLUE MAN GROUP was featured in an advertising campaign for a specially-created BLUE MAN GROUP line of Swatch brand wristwatches. Total sales of these wristwatches to date are approximately 30,000 units.

**MEDIA COVERAGE**

34.    Plaintiff's mark BLUE MAN GROUP has received extensive media coverage and has been prominently featured in numerous articles in nationally circulated media since 1988.

35.    Copies of representative media coverage and television appearances of Plaintiff and its mark BLUE MAN GROUP are attached as Exhibits A and B incorporated herein. The undersigned hereby states that the materials attached as Exhibits A and B hereto are true and correct copies of documents and materials maintained in the ordinary course of Plaintiff's business and upon which Plaintiff relies in the conduct of its business.  These materials are summarized below:

**EXHIBIT A**

I. **Evidence submitted in connection with TTAB Opposition No. 91/145,055**

| Name of Publication | Date | Starting Page # | Document # |
|---|---|---|---|
| Nighttimes.com | 10/23/03 | | 1 |
| List of Television and Radio Coverage | 2000-2003 | | 2-13 |
| Pollstar – The Concert Hotwire | 8/4/03 | Cover | 14 |
| Travelocity | 3–4/2001 | Cover | 15-17 |
| Sunday Calendar, Los Angeles Times | 3/4/01 | Cover | 18 |
| Art News | 4/92 | Cover | 19 |
| Entertainment Design | 10/00 | Cover | 20 |
| CMJ New Music Report | 5/26/03 | Cover | 21 |
| The Improper Bostonian | 5/1/02 | Cover | 22 |
| Gadfly | 7-8/00 | Cover | 23 |
| What's On – The Las Vegas Guide | 3/21/00 | Cover | 24 |
| Photo Insider | 3-4/01 | Cover | 27 |
| Where Chicago | 5/99 | Cover | 28 |
| Where Boston | 12/00 | Cover | 29 |
| CVC Report | 5/1/03 | Cover | 31 |
| 2002 Theater Directory | 2002 | Cover | 32 |
| Earborne | 2/00 | Cover | 33 |
| Chicago Tribune | 12/28/01 | Section 7 C | 35 |
| Heartland Magazine | 3/29/02 | Cover | 36 |
| The Star Newspaper's Firstlook | 2/28/02 | Cover | 37 |
| What's On – The Las Vegas Guide | 4/3/01 | Cover | 38 |
| Las Vegas Weekly | 3/2/00 | Cover | 39 |
| Fairfield County Advocate | 4/1/93 | Cover | 40 |
| Chicago Sun-Times Showcase | 4/21/02 | Cover | 41 |
| DVD Works | 6/01 | Cover | 43 |
| Time | 7/24/00 | | 44 |
| The New York Times | 4/30/00 | 5, 10 | 45-46 |
| Los Angeles Times – Sunday Calendar (reprinted in Herald-Sun, Contra Costa Times, Journal News (Central Edition), Daily Illini (University of Illinois), Herald News, South Bend Tribune, Courier News, Morning Journal, Courier-Post, Manassas Journal Messenger, Duluth News-Tribune, Daily Herald, Daily Reflector, Bridgeton News, Sun (Metro Edition), Jackson Citizen Patriot, Daily Journal, Milwaukee Journal Sentinel, Shelbyville News, News-Dispatch, Times-Picayune, Detroit News, Daily Herald (Bartlett/ Hanover Park/ Streamwood), News Herald, Intelligencer, Jersey Journal (City Edition), Herald-Standard, Daily Southtown, Tulsa World, Huntsville Times, | 3/4/01 | Cover, 4-6, 76-78 | 47-60 |

21749/003/802509.2

| | | | |
|---|---|---|---|
| Pasadena Star-News, Whittier Daily News, Conway Daily Sun, San Antonio Express-News, Skokie Life, Rochester Sentinel, Arkansas Democrat Gazette, Miami Herald, Gardner News, Plain Dealer, Daily Camera, Alliance Times-Herald, Monterey County Herald, Orange Leader, Sun-Sentinel, News Daily, Buffalo News, Journal-News, News Tribune, Glenwood Springs Post Independent, Chicago Sun-Times, Daily Press, Emporia Gazette, Macomb Daily, Olympian, Express-Times, Fresno Bee, Record, News-Examiner, Times-Picayune, Fayetteville Observer, Portsmouth Daily Times, Birmingham Post-Herald, Pensacola News Journal, Burlington County Times, Modesto Bee, Maui News, Valley Times, Sioux City Journal, Press Democrat, News-Times, Kokomo Tribune, Providence Journal, Hawaii Tribune-Herald, Milwaukee Journal Sentinel, Record, Marietta Daily Journal, Decatur Daily, Wenatchee World, Sarasota Herald-Tribune, West County Times, Dayton Daily News, Columbian, Post-Star, Finger Lakes Times, Miami Herald, Herald & Review, Coeur D'Alene Press, Record, Daily Tribune, Greenville News, Greeley Tribune, News & Observer, Daily Journal, Cincinnati Enquirer, Northwest Florida Daily News, Sedalia Democrat, Reading Eagle/Reading Times, Centralia Morning Sentinel, Journal-Register, DE Queen Daily Citizen, Daily News, Fort Collins Coloradoan, Register & Bee, Daily News Journal, News Virginian, Winston-Salem Journal, Clarion-Ledger, Record-Courier, Lewiston Morning Tribune, Tri-City Herald, Times Union, Sun Journal, Portland Press Herald, News, Vicksburg Post, Fresno Bee, Daily Breeze, Salina Journal, Albuquerque Journal, Herald, Santa Fe New Mexican, Wichita Eagle, Times, Daily Journal, Daily Mountain Eagle, Post-Tribune, Lake City Reporter, Anniston Star, Day, Union, Dispatch, Trentonian, Fayetteville Observer, Metro West Daily News, Herald-Journal, Lexington Herald-Leader, News & Record, Springfield News-Sun, Citrus County Chronicle, Bradenton Herald, Herald-Dispatch, Journal Times, Record Searchlight, Orlando Sentinel, Macon Telegraph, Saratogian, Antelope Valley Press, Lawrence Journal-World, San Antonio Express-News, Lexington Herald-Leader, Herald, Houston Chronicle, High Point Enterprise, Minot Daily News, Statesville Record & Landmark, Knoxville News-Sentinel, Sun, Green Bay Press-Gazette, Journal, San Gabriel Valley Tribune, Sacramento Bee, Daily Standard, Concord | | | |

| | | | |
|---|---|---|---|
| Monitor, Derrick, Republican-American, News-Herald, Hour, New Jersey Herald, Marshall Chronicle, Tahoe Daily Tribune, Oakland Tribune, Vindicator, Daily Commercial, Intelligencer Journal, Honolulu Advertiser, Daily Item, Times Herald, Daily Chronicle, Northeast Mississippi Daily Journal, Taunton Daily Gazette, Sarasota Herald-Tribune, Houston Chronicle, Democrat and Chronicle, Times-Tribune, Dallas Morning News, Grand Forks Herald, Gloucester County Times, Independent, Enterprise, Indianapolis Star, Union Leader, Daily Review, Daily Press, Times-Gazette, Marion Daily Republican, Daily News, Rock Island Argus, Daily Star, Boston Globe, Daily Herald and News Journal | | | |
| Fortune Small Business | 3/03 | 50-56 | 61-64 |
| CMJ New Music Report | 5/26/03 | 8-9 | 65-67 |
| The New York Times | 11/17/91 | | 68-69 |
| AdAge | 10/8/01 | | 71 |
| The New York Times | 10/12/01 | | 72-74 |
| The New York Times | 9/16/01 | | 75-77 |
| People | 8/19/02 | 72-73 | 78 |
| The New York Times | 9/6/02 | E1, 22 | 79-81 |
| Entertainment Design | 7/02 | | 82-83 |
| Time | | | 84 |
| Los Angeles Times | 3/5/00 | | 85-86 |
| The Wall Street Journal | 1/14/02 | | 87 |
| People | 6/8/92 | 103, 109-110 | 88-90 |
| Hits | 5/25/01 | 62 | 91 |
| Entertainment Design | 12/02 | | 92-93 |
| Entertainment Design | 10/00 | 40-43, 64-67 | 94-102 |
| CMJ New Music Monthly | 7/00 | 76-78 | 103-106 |
| Gadfly | 7-8/00 | 8-11 | 107-111 |
| Trump Style | | | 112 |
| Reason | 3/01 | | 113-114 |
| Daily Variety | 3/31/00 | | 115 |
| Entertainment Weekly | 4/4/03 | | 116 |
| Entertainment Weekly | 3/9/01 | 24 | 117 |
| In Style | 5/01 | | 118 |
| Wall Street Journal Europe | 2/16/01 | 23, 26 | 119-120 |
| Adweek – Eastern Edition | 11/20/00 | | 121 |
| Shoot | 10/27/00 | 12 | 122 |
| PR Weekly | 3/18/02 | | 123 |
| Billboard | 7/5/03 | | 124 |
| Advertising Age | 2/19/01 | | 125 |
| Explore! | 2/01 | 35 | 126 |

21749/003/802509.2

| | | | |
|---|---|---|---|
| Adweek – Eastern Edition | 1/1/01 | | 127-128 |
| America West Airlines Magazine | 8/01 | 14-16 | 129-130 |
| Travelage West | 12/11/00 | 41, 44 | 131-132 |
| New Music Monthly | 6/03 | | 133-134 |
| Rolling Stone | 9/5/02 | | 135 |
| Billboard | 6/28/03 | 5, 69 | 136 |
| DVD Works | 6/01 | Cover, 4, 6 | 137-139 |
| S&VC | 7/00 | 78-82 | 140-144 |
| Las Vegas Review-Journal | 11/15/02 | 4, 8 | 145-146 |
| Las Vegas Life | 2/00 | 15 | 147 |
| Las Vegas Review-Journal | 3/24/00 | | 148-149 |
| Las Vegas Sun | 2/24/00 | 1E-2E | 150-151 |
| Neon – The Las Vegas Guide to Entertainment | 2/11/00 | | 152 |
| Las Vegas Weekly | 3/2/00 | Cover, 14-18 | 153-157 |
| Las Vegas Review-Journal | 12/31/00 | | 158 |
| Las Vegas Review-Journal | 12/31/00 | 30A-32A | 159-160 |
| Tour Guide Magazine | 8/17/01 | 31 | 161 |
| Showbiz Weekly | 3/5/00 | | 162 |
| What's On – The Las Vegas Guide | 2/15/02 | 144-145 | 163-164 |
| Diversion | 3/00 | | 165 |
| What's On – The Las Vegas Guide | 2/8/00 | 70 | 166 |
| 24/7 Magazine | 3/00 | | 167 |
| What's On – The Las Vegas Guide | 3/21/00 | Cover, 72-73 | 168-170 |
| Las Vegas City Life | 3/23/00 | | 171 |
| e-Vegas Exchange | 3/21/00 | | 172-174 |
| Showbiz Weekly | 3/19/00 | | 175 |
| The Vegan | 3/00 | | 176-177 |
| National Airlines Flyer | 3/00 | 20-22 | 178-180 |
| Today in Las Vegas | 3/23/00 | Cover | 181 |
| Las Vegas Weekly | 3/23/00 | | 182-183 |
| Showbiz Weekly | 3/26/00 | | 184 |
| Earborne | 2/00 | | 185 |
| Las Vegas Weekly | 11/28/01 | | 186 |
| Las Vegas Weekly | 7/11/02 | | 187 |
| What's On – The Las Vegas Guide | 8/21/01 | 38 | 188 |
| Travel Weekly Las Vegas | 5/20/02 | 1, 10 | 189-190 |
| What's On – The Las Vegas Guide | 4/3/01 | Cover, 108-109 | 191-193 |
| Showbiz Weekly | | | 194 |
| Las Vegas Sun | 7/20/01 | | 195 |
| Las Vegas Israelite | 2/9/01 | | 196 |
| Las Vegas Review-Journal | 3/24/00 | 27 | 197 |
| NPR News | 3/30/00 | | 198 |
| CityLife | 4/20/00 | | 199 |

13

| | | | |
|---|---|---|---|
| Las Vegas | 4/00 | | 200 |
| Hot Ticket | | Cover | 201 |
| Las Vegas Review-Journal | | | 202 |
| Showbiz Weekly | 4/16/00 | | 203 |
| Variety | 9/9/02 | | 204 |
| MR | 9/02 | | 205-207 |
| San Francisco Examiner | 11/12/00 | | 208 |
| Chicago Tribune | 5/30/00 | 5-3 | 209 |
| Los Angeles Times (National Edition) | 7/29/01 | 76, 83 | 210-211 |
| Casino Entertainment Travel Weekly | 9/23/02 | | 212-220 |
| The Denver Post | 8/7/02 | 1F, 5F | 221-222 |
| American Spa | 5/02 | 74 | 223 |
| Almanac | 1/30/02 | | 224-225 |
| Pittsburgh Post-Gazette | 12/9/01 | | 226 |
| Messenger | 11/1/01 | | 227 |
| Auto Inc. | 11/01 | | 228 |
| Press-Enterprise | 10/5/01 | | 229 |
| DNR | 8/20/01 | 100-102 | 230-232 |
| USAE | 8/28/01 | | 233 |
| Antelope Valley Press | 8/31/01 | | 234 |
| Daily Breeze | 8/12/01 | | 235 |
| Tennis | 6/01 | | 236-238 |
| Salt Lake City Magazine | 6/01 | 175 | 239 |
| Hooked on the Outdoors | 6/01 | 30 | 240 |
| Antelope Valley Press | 6/8/01 | | 241 |
| The Dallas Morning News | 2001 | 1G, 7G-9G | 242-246 |
| Antelope Valley Press | 6/22/01 | | 247 |
| Courier-Post | 8/12/01 | 1, 3F | 248-249 |
| Daily News | 11/12/01 | | 250 |
| Savannah Magazine | 5/03 | 19-21 | 251-253 |
| Brandweek | 9/22/03 | | 254 |
| Travel Weekly | 8/5/02 | 68 | 255 |
| Honolulu Star-Bulletin | 4/28/02 | | 256 |
| Incentive | 2/03 | 30-34 | 257-259 |
| Travel Weekly | 2/4/02 | | 260 |
| Going Places (North Central Division) | 5/03 | | 261-262 |
| Bride's Magazine | 4/02 | | 263-264 |
| Meeting News | 3/17/03 | | 265 |
| Beaver County Times | 3/30/03 | | 266 |
| Bride's Magazine | 3/03 | 878 | 267-268 |
| American Cemetery | 2/03 | 28-34 | 269-274 |
| Creative – The Magazine of Promotion and Marketing | 12/02 | | 275 |
| Time | 1/13/03 | 16 | 276 |

21749/003/802509.2

| | | | |
|---|---|---|---|
| Children's Business | 12/02 | | 277 |
| Picture Framing Magazine | 9/02 | 114-115 | 278-279 |
| New York Magazine | 3/25/02 | | 280 |
| Explore! | 2/01 | 28-34 | 281-286 |
| The Star-Ledger | 9/29/00 | 28 | 287-288 |
| On & Off | 11/25/02 | | 289 |
| In New York | 11/02 | | 290 |
| Coyote Press | 5/00 | 14 | 291 |
| Record | 1/17/03 | | 292 |
| The New York Times | 4/23/02 | | 293 |
| The New York Times | 7/31/02 | | 294 |
| Official City Guide | 12/6/01 | 68 | 295 |
| EmpireFUN | Spring 2002 | | 296 |
| Democrat and Chronicle | 7/2/03 | | 297 |
| Agenda New York | 2/03 | 140 | 298 |
| Record | 11/27/02 | | 299 |
| Star-News | 12/19/01 | | 300 |
| Good Times | 6/3/03 | | 301 |
| The Boston Globe | 3/15/01 | | 302 |
| Panorama | 11/13/00 | Cover, 24-25, 28 | 303-306 |
| Danvers Herald | 3/1/01 | | 307 |
| Boston Magazine | 3/01 | | 308 |
| Where Boston | 12/00 | Cover, 14-15 | 309-311 |
| The UMASS-Lowell Connector | 3/00 | | 312 |
| Panorama | 6/11/01 | Cover, 32-33 | 313-315 |
| Daily Item | 6/25/01 | | 316 |
| Agenda Boston | 1/02 | 108 | 317 |
| Sunday Republican | 5/11/03 | 7H, 8H | 318 |
| Times Herald Record | 9/1/02 | | 320 |
| Chicago Tribune | 12/28/01 | | 326-327 |
| Sunday Sun-Times | 6/10/01 | | 328-329 |
| Sunday Sun-Times | 6/10/01 | | 330 |
| Chicago Sun-Times | 10/4/01 | | 331 |
| Chicago Tribune Magazine | 1/6/02 | Section 10 | 332 |
| Sunday Sun-Times | 3/2/03 | 8A | 333 |
| The Star Newspaper's Firstlook | 2/28/02 | Cover, 16-18 | 334-336 |
| The Post-Crescent | 8/3/02 | E1-E3 | 337 |
| New Castle News | 10/12/02 | | 338 |
| Chicago Sun-Times | 4/21/02 | | 339-340 |
| Heartland Magazine | 3/29/02 | Cover | 341-345 |
| Group Tour | 6/02 | | 346 |
| Cherokeean Herald | 5/7/03 | | 347 |
| This Week in Chicago | 8/11/01 | | 348 |
| Telegraph | 8/9/01 | B1, B3 | 349-350 |

| | | | |
|---|---|---|---|
| Calvin Spark | 2001 | Cover, 17-19 | 351-355 |
| Vidette Times | 6/3/01 | | 356 |
| Portsmouth Herald | 6/5/01 | | 357 |
| The Times | 6/3/01 | F1-F2 | 358-360 |
| Chicago Tribune | 2/18/01 | | 361 |
| Chicago Tribune | 1/9/00 | Section 7, p. 9 | 362 |
| The Cowl | 3/23/00 | | 363 |
| City Talk | 5/4/01 | | 364 |
| Chicago Tribune | 10/14/97 | | 365 |
| Democrat and Chronicle | 10/31/03 | | 366 |
| Pittsburgh Post-Gazette | 7/15/03 | | 367 |
| Chicago Sun-Times | 7/21/03 | | 368-369 |
| Dayton Daily News | 10/28/03 | E5 | 370-371 |
| The Post and Courier Charleston.net | 11/13/03 | | 372-374 |
| Fort Worth Star Telegram | 8/13/03 | | 376-377 |
| The Cincinnati Post | 7/28/03 | | 378-379 |
| The Salt Lake Tribune | 8/5/03 | | 380-381 |
| NewsOK.com | 11/17/03 | | 382 |
| Ocean City Sentinel | 9/4/03 | | 383 |
| Sunday Gazette | 8/31/03 | | 384 |
| University Wire | 10/24/03 | | 385-387 |
| Buffalo News | 10/30/03 | | 388 |
| PalmBeachPost.com | 8/22/03 | 8E | 389-390 |
| Lancaster Online | 10/31/03 | 4 | 391-392 |
| Dayton Daily News | 10/24/03 | | 393-395 |
| Norwich Bulletin | 7/16/03 | | 396 |
| Nighttimes.com | 10/23/03 | | 397-400 |
| The Des Moines Register | 10/17/03 | | 401-402 |
| The New York Times | 5/22/03 | | 403 |
| The Times | 5/31/03 | D1, D4 | 404-405 |
| Billboard | 5/3/03 | | 406 |
| The Dallas Morning News | 8/10/03 | 1G, 4G | 407-409 |
| Daily Herald (Bartlett/ Hanover Park/ Streamwood) | 11/3/00 | | 410 |
| Philadelphia Inquirer | 7/28/03 | | 411 |
| Norwich Bulletin | | | 412-414 |
| Beaver County Times | 7/11/03 | | 415 |
| Crosswinds Weekly | 7/31/03 | | 416 |
| The Record | 5/16/03 | | 417 |
| Observer-Reporter | 7/11/03 | | 418 |
| Pittsburgh Post-Gazette | 7/11/03 | | 419 |
| La Presse | 7/11/03 | | 420 |
| CMJ | 6/03 | | 421-424 |
| The Plain Dealer | 7/24/03 | | 425-426 |

16

| | | | |
|---|---|---|---|
| The Aquarian Weekly | 5/21/03 | Cover, 12 | 427-428 |
| The Courier-Post South Jersey Scene | 7/25/03 | Cover, 14-15 | 429-431 |
| Go! | 10/16/03 | 2-3 | 432-434 |
| River Cities' Reader | 10/8/03 | Cover, 9 | 435-436 |
| New Haven Register | 7/11/03 | Section W | 437-438 |
| The Times | 5/23/03 | 40 | 439 |
| Daily News | 5/6/03 | | 440 |
| Mercury | 7/24/03 | | 441 |
| Women Who Rock | 7/03 | | 442 |
| Hour | 7/3/03 | | 443 |
| Sunday Tribune Review | 7/6/03 | | 444 |
| Meadville Tribune | 7/10/03 | | 445 |
| Journal Inquirer | 7/14/03 | | 446 |
| Metro | 7/25/03 | | 447 |
| Finger Lakes Sunday Times | 8/31/03 | | 448 |
| Saratogian | 8/29/03 | | 449 |
| The Denver Post | 5/23/03 | | 450 |
| The News-Journal | 8/22/03 | 12D | 451 |
| Saratogian | 9/1/03 | | 452 |
| Philadelphia Inquirer | 7/25/03 | | 453 |
| South Florida Sun | 8/17/03 | 1D, 11D | 454-455 |
| Metroland | 8/28/03 | | 456 |
| Times Square Electronic Billboard Advertisement | | | 457-462 |
| Metro-North Schedule Advertisement | 4/11/99 | | 463-464 |
| Lincoln Center Stagebill | 7/91 | | 465-489 |
| The Performing Garage Advertisement | 5/89 | | 490 |
| Funeral for the 80's Advertisement | 5/88 | | 491 |
| The Week | 8/1/03 | | 492 |
| Philadelphia City Paper | 8/7/03 | | 493 |
| Greenwich Time | 8/3/03 | | 494 |
| The San Diego Union Tribune | 8/8/03 | E1 | 495 |
| Atlantic City Weekly | 8/14/03 | | 496 |
| Town News (Paramus – River Edge – Oradell) | 8/20/03 | | 497 |
| Staten Island Sunday | 8/24/03 | | 498 |
| Shout | 4/02 | 25, 78 | 499-500 |
| CMJ New Music Report | 4/7/03 | | 501-502 |
| Family Fun | 2/99 | | 503 |
| Dramatics | 4/99 | Cover, 26-27 | 504-505 |
| Orange County Register | 7/11/99 | | 506 |
| Billboard | 11/20/99 | | 507 |
| Las Vegas Sun | 12/17/99 | | 508 |
| Variety | 10/12/98 | 39 | 510 |
| Mix | 12/98 | 169, 185-186 | 511-513 |

| | | | |
|---|---|---|---|
| New York City Visions | 1996 | | 514-515 |
| The New York Times Magazine | 6/30/96 | Crossword puzzle, section 6 | 516 |
| American Way | 2/15/94 | | 517 |
| Child | 4/94 | | 518 |
| GQ | 1/93 | | 519 |
| Creem | 1/93 | | 520-522 |
| Four Seasons Hotels and Resorts Magazine | Spring/Summer 1993 | | 523-526 |
| American Holiday & Life | Fall 1993 | | 527 |
| The New York Times | 12/5/93 | Arts & Leisure Section | 528 |
| Italian Tribune News | 1/23/92 | | 529 |
| The Nation | 1/20/92 | | 530 |
| Time | 1/20/92 | | 531 |
| Esquire | 2/92 | | 532 |
| Variety | 1/6/92 | | 533 |
| TV Guide | 1/15/92 | | 534 |
| Daily News | 2/24/92 | | 535 |
| Playboy | 3/92 | | 536 |
| New York Newsday | 5/28/92 | | 537 |
| People | 6/8/92 | 108-110 | 538-540 |
| BusinessWeek | 7/20/92 | | 541 |
| Letter from Jay Leno, host of The Tonight Show | 9/22/92 | | 542 |
| Daily News | 11/17/92 | | 543 |
| The Village Voice | 1/15/91 | | 544 |
| The New York Times | 1/25/91 | | 545 |
| American Way Magazine | 3/15/91 | | 546 |
| Vanity Fair | 4/91 | | 547 |
| The New York Times | 6/4/91 | | 548 |
| New York Magazine | 11/91 | | 549 |
| The New Yorker | 11/25/91 | | 550 |
| The New Yorker | 6/22/92 | | 550 |
| Theater Week | 11/25/91 | Cover | 551 |
| New York Magazine | 12/9/91 | | 552 |
| WQXR review by Frank Rich, New York Times | 12/13/91 | | 553 |
| New York Post | 12/26/91 | | 554 |
| Sunday Star-Ledger | 12/29/91 | | 555 |
| Details | 11/88 | | 556 |
| Details | 11/89 | | 557 |
| The Village Voice | 5/30/89 | | 558 |
| New York Magazine | 9/25/89 | | 559-560 |

18

| Bomb | Summer 1990 | 18-20 | 561-563 |
|---|---|---|---|
| Show Business | 10/10/90 | | 564 |
| Intel Commercial – Paint U.S. | | | DVD 1 |
| Intel Commercial – Keys U.S. | | | DVD 1 |
| Intel Commercial – Pentium U.S. | | | DVD 1 |
| Intel Commercial – Treadmill | | | DVD 1 |
| Intel Commercial – Tubes | | | DVD 1 |
| Intel Commercial – Bulbs | | | DVD 1 |
| Intel Commercial – Raising 4 | | | DVD 1 |
| Intel Commercial – Raising 4 | | | DVD 1 |
| Intel Commercial – Raising 4 | | | DVD 1 |
| The Tonight Show with Jay Leno | 6/1/92 | | DVD 2 |
| The Tonight Show with Jay Leno | 9/21/92 | | DVD 2 |
| The Tonight Show with Jay Leno | 11/8/93 | | DVD 2 |
| The Tonight Show with Jay Leno | 5/20/94 | | DVD 2 |
| The Tonight Show with Jay Leno | 11/13/97 | | DVD 2 |
| The Tonight Show with Jay Leno | 12/99 | | DVD 2 |
| Advertisement for BLUE MAN GROUP show | | | DVD 2 |
| The Tonight Show with Jay Leno | 6/28/00 | | DVD 2 |
| Advertisement for BLUE MAN GROUP show | | | DVD 2 |
| The Tonight Show with Jay Leno | 4/22/03 | | DVD 2 |
| MTV Funeral for the 80's | | | DVD 3 |
| Las Vegas Recoupment Party | | | DVD 3 |
| NBC – A Closer Look | 1991 | | DVD 3 |
| CBS Ch. 2 News | 11/5/91 | | DVD 3 |
| Regis & Cathy Lee | | | DVD 3 |
| Charlie Rose Show | | | DVD 3 |
| Entertainment Tonight | 11/93 | | DVD 3 |
| CBS Sunday Morning | | | DVD 3 |
| Tonight Show | 11/97 | | DVD 3 |
| E! News Weekend | 3/00 | | DVD 3 |
| Grammy Awards | 3/01 | | DVD 3 |
| Greatest Hits – The Simpsons | | | DVD 4 |
| KVBC-TV (NBC) News at Four – Las Vegas | 2/21/01 | | DVD 5 |
| KYVU-TV (FOX) Mornings on Two – San Francisco | 2/21/01 | | DVD 5 |
| KBWB-TV (WB) Tech Now – San Francisco | 2/24/01 | | DVD 5 |
| "Extra" National Syndicate | 2/15/01 | | DVD 5 |
| NBC "Early Today" | 2/19/01 | | DVD 5 |
| KNTV-TV (IND) San Jose | 2/19/01 | | DVD 5 |
| KGW-TV (IND) Portland | 2/19/01 | | DVD 5 |
| Drew Carey Show | 11/29/01 | | DVD 6 |
| Grammy Awards | 2001 | | DVD 7 |
| Today Show | 12/22/02 | | DVD 8 |

19

| | | | |
|---|---|---|---|
| Tonight Show | 6/13/03 | | DVD 9 |
| Tonight Show | 8/8/03 | | DVD 10 |
| Tonight Show | 9/22/03 | | DVD 11 |
| "Las Vegas" Television Show | 1/6/04 | | DVD 12 |

## EXHIBIT B

### Evidence of Media Coverage Not Submitted to TTAB

| Name of Publication | Date | Starting Page # | Document # |
|---|---|---|---|
| Wikipedia.org | 7/3/07 entry | | 565-577 |
| Advertising Age | 10/9/00 | 3 | 578-579 |
| Forbes | 12/11/00 | | 580 |
| Los Angeles Times | 3/12/00 | 4 | 581-583 |
| Entertainment Weekly | 11/23/01 | 16 | 584 |
| Gadfly | 3/01 | | 585 |
| Travel Weekly | 9/6/99 | 43 | 586 |
| Travelocity Magazine | 11/00 | | 587 |
| Daily News | 10/1/00 | | 588-589 |
| Music Connection | 4/24/00 | | 590 |
| About.com | 4/16/00 | | 591 |
| Pro Sound News | 7/00 | | 592 |
| Billboard | 2/24/01 | | 593 |
| Billboard Goes to the Grammys | 3/3/01 | 1 | 594-595 |
| Seattle Post Intelligencer | 8/16/02 | E1 | 596-597 |
| The Christian Science Monitor | 8/9/02 | 19 | 598 |
| Rocky Mountain News | 8/9/02 | 8D | 599-601 |
| Chicago Tribune | 8/6/02 | 6 | 602 |
| Cincinnati.com | 7/28/02 | | 603-607 |
| Chicago Tribune | 4/2/00 | | 608 |
| Chicago Tribune | 6/4/00 | | 609-610 |
| Heartland Magazine | 2002 | | 611-612 |
| The Press-Enterprise | 7/4/00 | | 613 |
| Daily News | 10/8/00 | | 614-616 |
| New York Post | 1/28/01 | | 617 |
| Salt Lake Tribune | 11/19/00 | H-1 | 618-619 |
| Miami Herald | 11/12/00 | | 620-621 |
| San Diego Union-Tribune | 11/29/00 | | 622 |
| Las Vegas Business Press | 10/30/00 | | 623 |
| Lombard Spectator | 9/7/01 | | 624-625 |
| Suburban Life (various editions) | 9/12/01 | | 624-625 |
| Downers Grove Reporter | 9/12/01 | | 624-625 |
| Wheaton Leader | 9/13/01 | | 624-625 |
| Bloomingdale Press | 9/13/01 | | 624-625 |

21749/003/802509.2

| | | | |
|---|---|---|---|
| Berwyn Life | 9/12/01 | | 624-625 |
| Venice | 7/01 | 88 | 626-627 |
| Chicago Tribune | 6/29/01 | | 628 |
| Daily Breeze | 6/18/01 | | 629 |
| Sunday Sun-Times | 7/10/01 | | 630-631 |
| Travel Agent | 5/7/01 | 83 | 632-633 |
| Press Dispatch | 11/12/00 | 262 | 634 |
| Chicago Tribune | 3/13/01 | 1 | 635-636 |
| San Jose Mercury News | 3/4/01 | | 637-638 |
| San Diego Union-Tribune | 3/4/01 | | 63-640 |
| Orange County Register | 2/22/01 | | 641 |
| San Francisco Chronicle | 2/22/01 | C1 | 642-643 |
| USA Today (International) | 2/21/01 | | 644 |
| Electronic News | 2/19/01 | | 645 |
| Sun | 2/18/01 | | 646 |
| City Talk | 1/26/01 | | 647 |
| Newsday | 1/17/01 | Cover, 39 | 648 |
| Sunday Star-Ledger | 1/17/01 | | 649-650 |
| Times & Post-Intelligencer | 1/14/01 | | 649-650 |
| Daily Clintonian | 1/7/01 | | 649-650 |
| Herald Journal | 1/7/01 | | 649-650 |
| New Hampshire Sunday News | 1/7/01 | | 649-650 |
| Sunday Sun | 1/7/01 | | 649-650 |
| San Antonio Express-News | 1/14/01 | | 649-650 |
| New York Times | 1/4/01 | | 651 |
| Pueblo Chieftain | 1/4/01 | | 652-653 |
| Roswell Daily Record | 1/4/01 | | 652-653 |
| Daily Review | 1/4/01 | | 652-653 |
| Alameda Times-Star | 1/4/01 | | 652-653 |
| News (Mc Keesport, PA) | 1/4/01 | | 652-653 |
| San Ramon Valley Herald | 1/4/01 | | 652-653 |
| Oakland Tribune | 1/4/01 | | 652-653 |
| Lima News | 1/4/01 | | 652-653 |
| Tri-Valley Herald (Livermore Dublin Pleasanton) | 1/4/01 | | 652-653 |
| San Mateo County Times | 1/4/01 | | 652-653 |
| Argus | 1/4/01 | | 652-653 |
| Daily Chronicle | 1/4/01 | | 652-653 |
| Times Daily | 1/4/01 | | 652-653 |
| Chicago Sun-Times | 1/4/01 | | 654 |
| Desert News | 11/5/00 | | 655 |
| Amazon.com | 7/27/00 | | 656-657 |
| KXNT review | 6/6/00 | | 658-659 |
| All Music Guide | 4/11/00 | | 660-661 |

| | | | |
|---|---|---|---|
| Sunday World-Herald | 1/2/00 | | 662 |
| Las Vegas Review-Journal | 11/22/99 | Cover | 663-664 |
| Las Vegas Review-Journal & Sun | 3/25/01 | 130 | 665 |
| Las Vegas Sun | 3/5/01 | | 666 |
| Las Vegas Review-Journal & Sun | 2/25/01 | | 667 |
| Las Vegas Review-Journal | 3/9/01 | | 668 |
| Las Vegas Review-Journal | 1/9/01 | | 669 |
| Las Vegas Weekly | 1/4/01 | | 670 |
| Las Vegas Life | 5/00 | | 671 |
| Neon | 2/25/00 | Cover, 20 | 672-673 |
| Las Vegas Sun | 10/28/99 | | 675 |
| Las Vegas Sun | 10/24/99 | | 676 |
| Tour Guide Magazine | 9/21/01 | 31 | 677 |
| Showbiz Weekly | 8/11/00 | | 678 |
| Showbiz Weekly | 10/8/00 | | 679 |
| Gambling Magazine | 7/6/00 | | 680 |
| Showbiz Weekly | 7/2/00 | | 681 |
| Showbiz Weekly | 6/18/00 | | 682 |
| Showbiz Weekly | 5/14/00 | | 683 |
| Showbiz Weekly | 3/12/00 | | 684-687 |
| Las Vegas Life | 2/00 | 15 | 688 |
| Casino Journal | 1/00 | Cover | 689-692 |
| Casino Player | 1/00 | | 693 |
| Citysearch.com | 1/00 | | 694 |
| What's On | 11/16/99 | | 695 |

36.     In addition to the attached representative samples of the extensive press and

media coverage referring to Plaintiff's goods and services under the mark BLUE MAN

GROUP, Plaintiff has been included as an answer to a question on the television game show

Jeopardy and featured as a halftime performer at New York Knicks NBA basketball games in

Madison Square Garden.  Moreover, Plaintiff appeared on the network television series

Arrested Development, the second season of which included a running subplot of one of the

characters attempting to join Plaintiff as a performer.

**TOBACCO PRODUCTS**

37.     On December 12, 2003, Plaintiff received an unsolicited email from a customer

named Sonia Vargas, annexed hereto as Exhibit C, in which Ms. Vargas expressed

22

**TOBACCO PRODUCTS**

37.        On December 12, 2003, Plaintiff received an unsolicited email from a customer

named Sonia Vargas, annexed hereto as Exhibit C, in which Ms. Vargas expressed

disappointment in a program she had witnessed in October 2003 at a museum. This program,

which had no connection whatsoever with Plaintiff, featured performers dressed to resemble

Plaintiff's performers, and was introduced as a "Blue Man show." Ms. Vargas was concerned

by the performers' endorsement of cigarettes.  The email attached copies of photographs

from the October 2003 museum program that were published in the Mexican publications

Caras and Quien showing the performers who resemble BLUE MAN GROUP performers

handing out cigarettes. Those photographs are included with Exhibit C hereto.


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.  EXECUTED ON SEPTEMBER 4 , 2007.

MATT GOLDMAN