IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BLUE MAN PRODUCTIONS, INC.,

                  Plaintiff,

             v.                         1:05CV02037 (JDB)

ERICH TARMANN,

                  Defendant.

: : : : :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S NOTICE OF BULK FILING

       PLEASE TAKE NOTICE that Plaintiff, BLUE MAN PRODUCTIONS, INC. ("BMPI"), is filing herewith today Exhibits A - D to the Declaration of Matt Goldman related to Document Number 14 on the Court's Docket for the captioned action (Plaintiff's Motion for Default Judgment). These exhibits shall be available for viewing and copying at the Office of the Clerk of Court during normal business hours.

                             Respectfully submitted,

                             OBLON, SPIVAK, McCLELLAND,
                              MAIER & NEUSTADT, P.C.

Dated: September 5, 2007     By    s/_____
Alexandria, Virginia               Jonathan Hudis
                          (D.C. Bar No. 418872)
Robert W. Clarida            Kathleen Cooney-Porter
Antonio Borrelli             (D.C. Bar No. 434526)
COWAN, LIEBOWITZ &      OBLON, SPIVAK, McCLELLAND,
  LATMAN, P.C.              MAIER & NEUSTADT, P.C.
1133 Avenue of the Americas    1940 Duke Street
New York, New York 10036-6799  Alexandria, Virginia 22314
(212) 790-9200              (703) 413-3000
Fax: (212) 575-0671         Fax: (703) 413-2220
  *Of Counsel*              E-Mail: jhudis@oblon.com
                              Attorneys for Plaintiff