UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLUE MAN PRODUCTIONS, INC.,

Plaintiff,

v.

ERICH TARMANN,

Defendant.

Civil Action No. 05-2037 (JDB)

FILED

FEB 0 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiff, Blue Man Productions, Inc., brings this civil action against defendant Erich Tarmann, seeking review and reversal of the August 18, 2005 decision issued by the Trademark Trial and Appeal Board ("TTAB") of the United States Patent and Trademark Office. Specifically, the TTAB dismissed plaintiff's opposition to defendant's trademark application. Pursuant to the Lanham Act, 15 U.S.C. §§ 1051, et seq., plaintiff filed a complaint with this Court challenging that decision on October 17, 2005. See 15 U.S.C. § 1071(b)(1).[1] Plaintiff requests that this Court reverse TTAB's dismissal of plaintiff's opposition, deny defendant's application for mark registration, and award costs and attorneys' fees to plaintiff.

After this Court issued Letters Rogatory in this action, service was completed upon defendant by not later than December 4, 2006. To date, defendant has not responded to the complaint. Default was entered on May 30, 2007. Currently before the Court is plaintiff's

---

[1] Because defendant resides in a foreign country (Austria), 15 U.S.C. § 1071(b)(4) provides this Court with personal jurisdiction over him.

-1-

motion for default judgment.

Pursuant to 15 U.S.C. § 1071(b)(2), the "Commissioner . . . shall be notified of the filing of the complaint by the clerk of the court in which it is filed and shall have the right to intervene in the action." On this record, the Court is not able to determine whether such notice was given in this case. Accordingly, it is hereby **ORDERED** that this Order shall serve as notice that the Court intends to rule on plaintiff's motion after thirty (30) days have expired. If the motion is granted, TTAB's decision will either be: (1) reversed, sustaining plaintiff's opposition and denying defendant's application for registration; or (2) vacated.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order and the complaint in this case upon Lynne G. Beresford, Commissioner for Trademarks at the United States Patent and Trademark Office.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: February 1, 2008

Copies to:

Jonathan Hudis
OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314-3451
Tel: (703) 412-3000
Fax: (703) 413-2220
Email: jhudis@oblon.com

Erich Tarmann

Wallmodengasse 11
Vienna 1190
Austria

Hans Christian Nemetz
NEMETZ & NEMETZ
Landstrasser Hauptstrasse 29
Vienna A-1030
Austria
Tel: 43 713 35 48
Fax: 43 713 9085
Email: office@nemetz.net